UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,

    Plaintiffs,

v.

DEPARTMENT OF DEFENSE et al.,

    Defendants.

Case No. 1:25-cv-11740

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

This suit challenges an unlawful action by the U.S. Department of Defense ("DOD") that, if permitted to stand, will devastate scientific research at America's universities. In a memorandum from Secretary Hegseth on May 14, 2025 (Compl., Ex. A, Doc. No. 1-1) (the "Hegseth Memo"), further consummated by "guidance" issued on June 12, 2025, by Under Secretary of Defense Emil Michael, (Compl., Ex. B, Doc. No. 1-2) (the "Michael Memo"), DOD announced a new policy that implements a 15% cap on "indirect costs" to institutions of higher education that is immediately effective for new grants. The Hegseth and Michael Memos (collectively, the "Rate Cap Policy" or "the Policy") are clearly unlawful, just like the materially identical policies issued in recent months by the National Institutes of Health, Department of Energy, and National Science Foundation—the first two of which have been enjoined by courts in this district, and the third voluntarily stayed after the plaintiffs filed a motion for preliminary injunction.[1] The Rate Cap

---

[1] *Massachusetts v. Nat'l Institutes of Health*, No. 25-CV-10338, 2025 WL 702163 (D. Mass. Mar. 5, 2025), *judgment entered* (D. Mass. Apr. 4, 2025), *appeal filed* (D. Mass. Apr. 8, 2025); *Association of American Universities v. Dep't of Energy*, No. 25-cv-10912, 2025 WL 1414135 (D. Mass. May 15, 2025); *AAU v. Nat'l Sci. Found.*, No. 25-cv-11231 (D. Mass. May 19, 2025), Doc. No. 52.

1

Policy violates the governing regulations and reasoned-decisionmaking requirements of the Administrative Procedure Act as well as the statutes authorizing DOD to make grants. If not enjoined, the immediately effective portions of the Policy will result in immediate and irreversible harm, starting as soon as today, to Plaintiffs and their members.

Plaintiffs respectfully move the Court, pursuant to Fed. R. Civ. P. 65(b), to enter an order temporarily restraining Defendants, their agents, and anyone acting in concert or participation with Defendants from implementing, instituting, maintaining, or giving effect to the immediately effective portions of the Rate Cap Policy, *i.e.*, those portions implementing a 15% cap for all awards issued on or after June 12, 2025, including but not limited to rejecting or treating adversely proposals for DOD funding submitted at universities' negotiated rates rather than the 15% rate.

Plaintiffs further request that within 24 hours of entry of the temporary restraining order, Defendants provide written notice of the order to all funding recipients affected by the Rate Cap Policy and that, within 48 hours of the order, they notify the Court that they have done so.

As set forth in the accompanying memorandum, Plaintiffs have established: a strong likelihood of success on the merits of their claims; that they will suffer irreparable harm absent relief from the immediately effective portions of the Rate Cap Policy; and that the balance of equities and the public interest weigh strongly in favor of a temporary restraining order as to the immediately effective portions of the Policy.

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 65, on June 13, 2025, counsel for Plaintiffs notified Defendants at the U.S. Department of Justice by electronic mail of Plaintiffs' intent to seek a temporary restraining order, and, in an attempt to resolve or narrow the issues, asked whether Defendants would instead consent to a stay of implementation of the Rate Cap Policy and expedited summary judgment briefing, as the defendants had agreed to in *AAU v.*

*Nat'l Sci. Found.*, No. 25-cv-11231 (D. Mass. May 19, 2025), Doc. No. 50. On June 16, 2025, counsel for Defendants conveyed that Defendants would not consent to such a stay of implementation.

[*signatures on following page*]

| | |
|---|---|
| Dated: June 16, 2025 | Respectfully submitted, |
| JENNER & BLOCK LLP | CLEMENT & MURPHY, PLLC |
| By: */s/ Shoba Pillay* | By: */s/ Paul D. Clement* |
| Shoba Pillay, BBO No. 659739<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>SPillay@jenner.com | Paul D. Clement (*pro hac vice pending*)<br>James Y. Xi (*pro hac vice pending*)<br>Kyle R. Eiswald (*pro hac vice pending*)<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel: (202) 742-8900<br>paul.clement@clementmurphy.com<br>james.xi@clementmurphy.com<br>kyle.eiswald@clementmurphy.com |
| Ishan K. Bhabha (*pro hac vice pending*)<br>Lindsay C. Harrison (*pro hac vice pending*)<br>Lauren J. Hartz (*pro hac vice pending*)<br>Elizabeth Henthorne (*pro hac vice pending*)<br>Zachary C. Schauf (*pro hac vice pending*)<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>IBhabha@jenner.com<br>LHarrison@jenner.com<br>LHartz@jenner.com<br>BHenthorne@jenner.com<br>ZSchauf@jenner.com | *Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education* |
| | ANTHONY G. BROWN<br>Attorney General of Maryland |
| | By: */s/ Michael Drezner*<br>Michael Drezner (*pro hac vice forthcoming*)<br>   *Senior Assistant Attorney General* Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, Maryland 21202<br>Tel: (410) 576-6959<br>mdrezner@oag.state.md.us |
| *Attorneys for Association of American Universities, American Council on Education, Association of Public and Land-grant Universities, Arizona Board of Regents on Behalf of Arizona State University, Brown University, California Institute of Technology, The Regents of the University of California, Cornell University, The Board of Trustees of the University of Illinois, The Johns Hopkins University, Massachusetts Institute of Technology, and University of Pittsburgh of the Commonwealth System of Higher Education* | *Attorney for University of Maryland, College Park* |
| | PHILIP J. WEISER<br>Attorney General of Colorado |
| NICHOLAS W. BROWN<br>Attorney General of Washington | |

| | |
|---|---|
| By: */s/ Jessica L. Creighton*<br>Jessica L. Creighton (*pro hac vice forthcoming*)<br>  *Assistant Attorney General*<br>Office of the Attorney General of Washington<br>University of Washington Division<br>4333 Brooklyn Avenue NE, MS 359475<br>Seattle, WA 98195<br>Tel: (206) 543-4150<br>jessica.creighton@atg.wa.gov<br><br>*Attorney for University of Washington* | By: */s/ Lauren Peach*<br>Lauren Peach (*pro hac vice forthcoming*)<br>  *First Assistant Attorney General*<br>Michael McMaster (*pro hac vice forthcoming*)<br>  *Assistant Solicitor General*<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 6th Floor<br>Denver, CO 80203<br>Tel: (720) 508-6484, (720) 508-6156<br>Lauren.peach@coag.gov<br>Michael.McMaster@coag.gov<br><br>*Attorneys for the Board of Governors of the Colorado State University System Acting by and through Colorado State University* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

> */s/ Shoba Pillay*
> Shoba Pillay, BBO No. 659739
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654
> Tel: (312) 222-9350
> SPillay@jenner.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 65, on June 16, 2025, counsel for Plaintiffs provided notice of the contents of this Motion to the following individuals at the U.S. Department of Justice by electronic mail:

Brett Shumate
Assistant Attorney General, Civil Division
brett.a.shumate@usdoj.gov

Brian Lea
Deputy Associate Attorney General
brian.lea@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

In addition, for purposes of service, Plaintiffs are providing this motion to the above-named individuals by electronic mail.

*/s/ Shoba Pillay*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com