# EXHIBIT A

# DECLARATION OF AAU PRESIDENT BARBARA R. SNYDER

I, Barbara R. Snyder, declare as follows:

1. I am President of the American Association of Universities ("AAU"). I have held that position since October 1, 2020.

2. I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by AAU personnel and personnel from our member universities and could testify thereto.

3. Founded in 1900, the AAU is composed of America's leading research universities. AAU's 71 research universities transform lives through education, research, and innovation. Our member universities earn billions of dollars in competitively awarded federal funding for defense and national security research, which seeks to protect our nation, and contributes significantly to our economic strength, while educating and training tomorrow's leaders and innovators. AAU member universities collectively help shape policy for higher education, science, and innovation; promote best practices in undergraduate and graduate education; and strengthen the contributions of leading research universities to American society. AAU's primary goal is to provide a forum for the development and implementation of institutional and national policies promoting strong programs of academic research and scholarship and undergraduate, graduate, and professional education.

4. The federal government has selected AAU member universities to conduct a wide variety of vital research on behalf of United States citizens, funded in part by agency awards from across the federal government, including but not limited to the Department of Defense ("DOD"). AAU member universities each receive significant research funding from DOD grants and other financial assistance awards. Together, they receive a total of roughly $5.4 billion in DOD research

and development funding stretching across various fields, from AI and quantum computing to chemical agent protection and decontamination to medicine. AAU is dedicated to protecting its member universities' ability to conduct research that is supported by DOD funding. Relying on awards issued by DOD, AAU member universities work on fundamental research that targets some of the most difficult and pressing national security problems related to AI, defense systems, and a host of other fields. AAU member universities also receive grants under the congressionally mandated Defense Established Program to Stimulate Competitive Research, which provides competitive grants to universities to support DOD's mission and needs. *See* 10 U.S.C. § 4010.

5. AAU member universities include, among others, Arizona State University, Brown University, the California Institute of Technology, Cornell University, the Massachusetts Institute of Technology, the University of Pittsburgh, the University of Southern California, and Johns Hopkins University. I understand that these AAU members and several others are submitting declarations in this litigation, which provide institution-specific detail on the matters described here.

6. Under a typical financial assistance award, the funding amounts cover both direct costs (expenses directly related to the specific activity involved) and indirect costs. Indirect costs cover essential expenses such as facilities, shared research resources, utilities, financial administration, and operations that enable research to flourish safely and responsibly, such as research compliance and safety programs, human and animal research protections, hazardous waste disposal, and export control and research security requirements. *See* Office of Management and Budget ("OMB") Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. §§ 200, *et seq.* (the "Uniform Guidance"). Historically, the federal government has used a narrower definition of direct costs

2

than is typical in foundation-funded research, mostly to streamline budgeting and minimize administrative burdens on the agencies. Significantly reducing the allowable indirect cost percentage without altering the way in which costs are classified as direct or indirect significantly disrupts the financial model that has supported needed research and innovation across the United States for decades.

7. Although the federal government's portion of funds expended on university research has been declining over time, indirect cost reimbursements are vital to the operation of the nation's federal research system, which includes sponsored activities aimed at improving our nation's national security as well as educating our country's future research scientists at AAU member universities. Direct costs on DOD awards simply do not cover all of the real, comprehensive cost of sponsored activities, and do not reflect the full facilities and administration costs that AAU member universities must incur in order to be able to perform the research, training, and education that has proved fundamental to maintaining our nation's security.

8. On May 14, 2025, Defendant Hegseth, the Secretary of Defense, issued a memorandum to senior DOD leadership, Commanders, and Field Activity Directors, entitled "Implementation of a 15% Indirect Cost Cap on Assistance Awards to Institutions of Higher Education." Pete Hegseth, Secretary of Defense, *Implementation of a 15% Indirect Cost Cap on Assistance Awards to Institutions of Higher Education* (May 14, 2025) (attached as Ex. A) (the "Hegseth Memo"). The Hegseth Memo announces that "effective immediately," DOD "will pursue a lower cap on indirect cost rates for all new financial assistance awards to institutions of higher education." The Hegseth Memo instructs the Under Secretary of Defense for Research and Engineering (the "Under Secretary") to, among other things, publish formal guidance

capping indirect cost rates at 15% for "all new financial assistance awards to institutions of higher education" within 21 days, *i.e.*, by June 4, 2025. It further directs DOD components that manage Department-funded financial assistance awards to either renegotiate indirect cost rates for existing awards to institutions of higher education or, "[w]here bilateral agreement is not achieved," to "identify and recommend lawful paths to terminate and reissue the award under revised terms, provided this action aligns with agency priorities and is authorized under 2 C.F.R. § 200.340(a)."

9. On June 12, 2025, the Under Secretary adopted formal policy guidance as instructed by the Hegseth Memo. Emil Michael, Under Secretary of Defense, *Implementation of a 15% Indirect Cost Cap on Assistance Awards to Institutions of Higher Education* (attached as Ex. B) (the "Michael Memo"). The Michael Memo confirmed that "[t]he Department is deviating from the indirect cost rates negotiated between the cognizant Federal agencies and IHEs and will instead limit indirect cost rates to 15% for all Federal assistance awards to IHEs." The Michael Memo requires DOD components "not to allow indirect cost rates above 15% in all new assistance awards to IHEs as of the date of publication of [the Michael Memo]." The Michael Memo also instructs DOD components to "apply the 15% cap on indirect costs" to "all existing assistance awards to IHEs" by either "renegotiat[ing] indirect cost rates on existing DoD assistance awards with IHEs to comply with the 15% indirect cost rate cap" or, "[i]f a DoD Component is unable to reach an agreement with an IHE to limit the indirect cost rate under a DoD assistance award to 15%" before November 10, 2025, "terminat[ing] the assistance award."

10. If the Hegseth Memo and Michael Memo (collectively, the "Rate Cap Policy" or the "Policy") are permitted to remain in effect, it will irreparably harm the national security and defense research ecosystem and research at AAU member universities that drives economic

activity across the country and American national defense.

11. Such a drastic decrease in allowable indirect costs for existing and future awards will impair AAU member universities' ability to conduct sponsored research. AAU members have applications for DOD awards currently under review and/or are in the process of submitting new proposals. These proposals are predicated on the existing negotiated indirect cost rate for each member institution. If these awards suddenly impose a 15% indirect cost cap, it will be impossible to complete the projects as proposed. Many AAU members will be forced to reject offers of awards for pending proposals that include a 15% indirect cost cap and abandon future proposals that they cannot sustain at the 15% indirect cost rate. This will mean forgoing crucial defense research.

12. If the Policy remains in effect, AAU member universities will no longer be able to carry out all their sponsored activities, including supporting the next generation of researchers and properly maintaining facilities and equipment currently in use. AAU member universities do not have sufficient budgeted operational funds to cover a sudden structural decrease in indirect cost recovery for existing awards on an ongoing basis, and will be required to implement layoffs, both for researchers, staff scientists, post-doctoral trainees, research administration officers and other employees of the universities who perform critical but indirect work in support of sponsored activity (such as custodians, security guards, and so forth) and reductions in administrative costs necessary for research services, as well as consider the implications for institutional capacity to enroll current and future doctoral students and support their progression to degree completion. This harm is not limited to monetary damages that can be rectified with a compensatory award. For example, even if the indirect cost rate is increased at a later date, if a research facility must be closed in the interim because its operation and maintenance cannot be

5

funded without interruption, it is often difficult, if not impossible, to reopen such facilities.

13. AAU member universities necessarily rely on both the direct cost and the indirect cost portions of funding provided with each specific DOD award in formulating their overall operating budgets in any given year. Many of the AAU's member universities have negotiated an indirect cost rate that is significantly higher than 15 percent, often in the 50-to-60-percent range. Operating budgets rely upon estimates of direct and indirect sponsored funding to plan for annual staffing needs, infrastructure support (*e.g.*, IT networks, regulatory compliance, research security, safety and award management support), facility building and renovation, and equipment purchases to support a broad range of research activities).

14. I understand several AAU member universities will explain at greater length in their own declarations the devastating impact the Policy will have on their programs.

15. The harmful impact of the Policy is not limited to AAU member universities. Many AAU member universities are the largest employers in their local areas. If the lower indirect cost reimbursement rate—or, worse, termination of awards—requires layoffs, that loss of employment will be harmful not only to the affected employees and their families, but to the overall economic stability of AAU member universities' hometowns as a whole. An AAU member university may have to reduce the quantity of equipment and labor used to maintain its facilities, lowering the economic activity of the local area and impairing the funding that flows to essential local government services arising out of that activity.

16. In addition, the Policy will undermine the feasibility of many kinds of specialized research that results in scientific breakthroughs that provide significant social and

economic value to the country, sometimes opening up entirely new areas of commercial development. The United States is a stronger, more secure, and more economically vibrant country as a result of the collective benefits arising from federally sponsored research. Additionally, the next generation of scientists, physicians, engineers, and other skilled workers develop their vitally important expertise while learning and working at research institutions such as AAU member universities. The Policy would drastically reduce the positive impact of this work and the pipeline of educated professionals that United States industry requires to be internationally competitive. Slowdowns or halts in research by AAU member universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening our nation's national security and its economic dominance.

17. If AAU member institutions must choose between not applying for future awards and maintaining any future awards at a 15% indirect cost rate that does not cover their true costs, they will often have to choose not to apply for future awards—as many institutions will not be able to sustain the research discussed here at that rate.

18. Quick relief is vital to protect against these devastating consequences. Even if the Policy is ultimately rescinded or held invalid, AAU member universities do not have the ability to cover such radical reductions in indirect cost reimbursement during the course of protracted litigation. AAU member universities' existing endowments cannot simply be redirected to pick up these losses. The vast majority of endowed funds are restricted by the terms on which the funds were donated to the AAU member university and cannot legally be used to cover research infrastructure costs. Moreover, an AAU member university may only draw down the portion of the endowment that is unrestricted at a rate that complies with

applicable law.

19. As non-profit institutions, AAU member universities reinvest nearly all of their revenues into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, unlike for-profit organizations, AAU member universities do not generate profits from government-funded research or significant surpluses that could be redirected without impacting core academic priorities such as educational programs and financial aid support for students.

20. Moreover, absorbing the cost of a lower indirect cost rate, even if it were possible, would create long-term budget pressures on AAU member universities, which would in turn force reductions in key investments supporting AAU member universities' faculty, students, staff, research, and teaching infrastructure, as well as other critical activities needed to maintain AAU member universities' academic excellence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2025, at Washington, DC.

BARBARA R. SNYDER