UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATED OF AMERICAN UNIVERSITIES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Civil Action No.<br>25-11740-BEM |

### ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

**MURPHY, J.**

The Court hereby grants Plaintiffs' Motion and enters a temporary restraining order pursuant to Fed. R. Civ. P. 65(b) against Defendants the Department of Defense ("DOD") and Secretary of the Department of Defense Peter Hegseth (collectively, "Defendants"), prohibiting Defendants, their agents, and anyone acting in concert or participation with Defendants from implementing, instituting, maintaining, or giving effect to the immediately effective portions of the Rate Cap Policy, *i.e.*, those portions implementing a 15% cap for all awards issued on or after June 12, 2025, including but not limited to rejecting or treating adversely proposals for DOD funding submitted at universities' negotiated rates rather than the 15% rate.

The Court further orders that within 24 hours of entry of this Order, Defendants provide written notice of the Order to all funding recipients affected by the Rate Cap Policy and that, within 48 hours of entry of this Order, Defendants notify the Court that they have done so.

The Court also orders that Plaintiffs must serve the pleadings and a copy of this Order on Defendants forthwith.

Defendants' opposition to the Motion is due by **Tuesday, June 24, 2025, at 3 p.m.** Plaintiffs may file a reply brief, limited to ten pages in length, by **Friday, June 27, 2025, at 3 p.m.** Counsel shall appear in-person in Courtroom 1 for a hearing on the Motion at **11 a.m. on Wednesday, July 2nd, 2025**.

This TRO shall become effective immediately upon entry by this Court. It shall remain in effect until further order of this Court.

**So Ordered.**

Dated:  June 17, 2025
       3:30 p.m.

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court