IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-11740-BEM |

### NOTICE OF APPEAL

Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Defendants the Department of Defense and Pete Hegseth, in his official capacity as Secretary of the Department of Defense, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this case on October 15, 2025, Doc. No. 91, and the accompanying Memorandum and Order dated October 10, 2025, Doc. No. 90.

Dated: December 9, 2025

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MARC S. SACKS
Deputy Director

By: /s/ *I-Heng Hsu*
BETHANY R. THERIOT (D.C. Bar 1022065)
I-HENG HSU (NY No. 4904033)

        Trial Attorneys
        U.S. Department of Justice
        Civil Division
        Corporate/Financial Litigation Section
        P.O. Box 875
        Ben Franklin Station
        Washington, D.C. 20044-0875
        (202) 616-3619
        bethany.theriot@usdoj.gov
        i-heng.hsu@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 9, 2025              /s/ *I-Heng Hsu*
                                                I-Heng Hsu
                                                Trial Attorney