# United States Court of Appeals
## For the First Circuit

No. 25-2184

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; ARIZONA BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM ACTING BY AND THROUGH COLORADO STATE UNIVERSITY; CORNELL UNIVERSITY; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; THE JOHNS HOPKINS UNIVERSITY; UNIVERSITY OF MARYLAND, COLLEGE PARK; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION; UNIVERSITY OF WASHINGTON,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF DEFENSE; PETE HEGSETH, in the official capacity as Secretary of the US Department of Defense,

Defendants - Appellants.

**MANDATE**

Entered: February 18, 2026

In accordance with the judgment of February 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ishan Kharshedji Bhabha
Paul D Clement
Michael Drezner
Kyle Raymond Eiswald

Abraham R. George
Lindsay C. Harrison
Lauren J. Hartz
Elizabeth Henthorne
Andrew R.W. Hughes
Donald Campbell Lockhart
Michael McMaster
Erin E. Murphy
Shoba Pillay
Zachary C. Schauf
Jennifer Utrecht
James Xi