**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

ASSOCIATION OF AMERICAN
UNIVERSITIES, *et al.*,

        Plaintiffs,

    v.

DEPARTMENT OF DEFENSE, *et al.*,

        Defendants.

Case No. 1:25-cv-11740

---

**PLAINTIFF AAU'S MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying memorandum of law and exhibits, the

Association of American Universities ("AAU") respectfully requests that, pursuant to the Equal

Access to Justice Act, 28 U.S.C. § 2412, this Court issue the prevailing plaintiff AAU an award

of attorneys' fees in the amount of $529,937.65.

[signatures on following page]

1

Dated: March 20, 2026

JENNER & BLOCK LLP

By: */s/  Lindsay C. Harrison*

Lindsay C. Harrison (admitted *pro hac vice*)
Ishan K. Bhabha (admitted *pro hac vice*)
Lauren J. Hartz (admitted *pro hac vice*)
Elizabeth Henthorne (admitted *pro hac vice*)
Zachary C. Schauf (admitted *pro hac vice*)
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com
IBhabha@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
ZSchauf@jenner.com

Shoba Pillay, BBO No. 659739
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for Association of American
Universities, American Council on Education,
Association of Public and Land-grant
Universities, AZ Board of Regents on Behalf of
Arizona State University, Brown University,
California Institute of Technology, The Regents
of the University of California, Cornell
University, The Board of Trustees of the
University of Illinois, The Johns Hopkins
University, Massachusetts Institute of
Technology, and University of Pittsburgh of the
Commonwealth System of Higher Education*

Respectfully submitted,

CLEMENT & MURPHY, PLLC

By: */s/  Paul D. Clement*

Paul D. Clement (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
Kyle R. Eiswald (admitted *pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com

*Attorneys for Association of American
Universities, Association of Public and Land-
grant Universities, and American Council on
Education*

2

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(a)(2), AAU's counsel conferred with counsel for the

Government before filing this motion.  The Government indicated it opposes the motion.

>
> */s/  Lindsay C. Harrison*
> Lindsay C. Harrison (admitted *pro hac vice*)
> Jenner & Block LLP
> 1099 New York Avenue NW, Suite 900
> Washington, DC 20001
> Tel: (202) 639-6000
> LHarrison@jenner.com

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 20th day of March, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison (admitted *pro hac vice*)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

4