# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11740 |

**DECLARATION OF BARBARA R. SNYDER**

I, Barbara R. Snyder, hereby state and declare as follows.

1. I am the President of the Association of American Universities ("AAU") and am deeply familiar with both the organization and this litigation. I have personal knowledge of the contents of this declaration.

2. AAU is a 501(c)(3) organization with fewer than 500 employees.

3. AAU was responsible for all Plaintiffs' attorneys' fees and costs for this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2026, in Washington, DC.

_Barbara R. Snyder_
_____
Barbara R. Snyder