# EXHIBIT 5

AAU: DOD Indirect Costs Litigation
Life of the matter fees
No expenses

| Date | Timekeeper | Narrative | Time | Fee |
|---|---|---|---|---|
| 5/15/2025 | Paul Clement | Exchange emails re initial notice. | 0.25 | 662.5 |
| 5/15/2025 | James Xi | Correspond re DoD notice. | 0.25 | 375 |
| 5/23/2025 | Paul Clement | Exchange emails re possible TRO. | 0.25 | 662.5 |
| 5/23/2025 | James Xi | Correspond re TRO motion. | 0.25 | 375 |
| 6/13/2025 | Kyle Eiswald | Review and save department of defense memorandum; correspond re strategy. | 0.5 | 450 |
| 6/13/2025 | Ethan Yan | Confer with K. Eiswald re case status and upcoming filings. | 0.25 | 106.25 |
| 6/13/2025 | Paul Clement | Exchange emails re DoD implementation memo. | 0.25 | 662.5 |
| 6/14/2025 | Kyle Eiswald | Review draft complaint; confer with co-counsel re same. | 1 | 900 |
| 6/14/2025 | Paul Clement | Edit draft complaint; exchange emails re same. | 1.5 | 3975 |
| 6/15/2025 | Kyle Eiswald | Review TRO brief; correspond with co-counsel re same. | 2 | 1800 |
| 6/15/2025 | James Xi | Revise draft complaint and TRO. | 3.5 | 5075 |
| 6/15/2025 | Paul Clement | Edit TRO motion; exchange emails re same. | 3 | 7950 |
| 6/16/2025 | Kyle Eiswald | Review correspondence re next steps; review district court filings; confer with E. Yan re same. | 2 | 1800 |
| 6/16/2025 | Ethan Yan | Confer with K. Eiswald re case status; prepare pro hac vice applications for P. Clement  J. Xi  and K. Eiswald; correspond with S. Mielke Gentile re same. | 0.75 | 318.75 |

| 6/17/2025 | Kyle Eiswald | Review district court filings; review correspondence re district court order granting TRO; research statutory argument; confer with E. Yan re case. | 4.25 | 3825 |
|---|---|---|---|---|
| 6/17/2025 | Ethan Yan | Correspond with K. Eiswald and S. Mielke Gentile re case updates; review docket and judge assignment; prepare notices of appearance for P. Clement  J. Xi  and K. Eiswald; file same; review TRO; correspond with K. Eiswald re same. | 0.75 | 318.75 |
| 6/17/2025 | Paul Clement | Exchange emails re TRO grant and next steps. | 0.5 | 1325 |
| 6/18/2025 | Kyle Eiswald | Review district court filings. | 0.25 | 225 |
| 6/19/2025 | Kyle Eiswald | Review government's filings. | 0.25 | 225 |
| 6/20/2025 | Kyle Eiswald | Review court filings; review correspondence re TRO reply strategy. | 0.25 | 225 |
| 6/20/2025 | Paul Clement | Exchange emails re oral argument and schedule for reply brief. | 0.25 | 662.5 |
| 6/21/2025 | Kyle Eiswald | Review correspondence re TRO reply. | 0.25 | 225 |
| 6/23/2025 | Kyle Eiswald | Confer with P. Clement  J. Xi  and R. Barwick re TRO hearing; review court filings. | 0.5 | 450 |
| 6/23/2025 | Paul Clement | Exchange emails re 7/2 hearing. | 0.25 | 662.5 |
| 6/24/2025 | Kyle Eiswald | Review government's TRO opposition; confer with J. Xi re same. | 2.75 | 2475 |
| 6/24/2025 | James Xi | Review DoD opposition brief. | 2.25 | 3262.5 |
| 6/24/2025 | Ethan Yan | Confer with K. Eiswald re government's opposition and TRO reply filing. | 0.25 | 106.25 |

| 6/24/2025 | Paul Clement | Exchange emails re DoD brief and PI hearing. | 0.25 | 662.5 |
|---|---|---|---|---|
| 6/25/2025 | Kyle Eiswald | Review correspondence re TRO reply; review same; correspond with J. Xi re same. | 1.25 | 1125 |
| 6/25/2025 | James Xi | Review draft PI reply and exchange emails re same. | 2.25 | 3262.5 |
| 6/25/2025 | Paul Clement | Edit reply brief; exchange emails re same. | 2 | 5300 |
| 6/26/2025 | Kyle Eiswald | Review TRO Reply; review motion to file overlength reply; correspond with J. Xi re same; review district court order granting motion; respond to moot invite. | 0.75 | 675 |
| 6/26/2025 | Paul Clement | Exchange emails re reply brief. | 0.25 | 662.5 |
| 6/27/2025 | Kyle Eiswald | Review Supreme Court case re effect on universal injunction request; confer with J. Xi re same; prepare for TRO moot; review TRO reply. | 3 | 2700 |
| 6/27/2025 | Ethan Yan | Review CASA opinion; confer with C&M team re same; confer with C&M and Jenner teams re TRO reply filing; file reply. | 1 | 425 |
| 6/27/2025 | James Xi | Review and analyze CASA decision; exchange emails with Jenner team and P. Clement re implications. | 2 | 2900 |
| 6/27/2025 | Paul Clement | Review Trump v. CASA; exchange emails re same; exchange emails re reply brief. | 1.5 | 3975 |
| 6/28/2025 | Kyle Eiswald | Prepare for TRO moot. | 2 | 1800 |
| 6/29/2025 | Kyle Eiswald | Confer with J. Xi re TRO moot. | 0.25 | 225 |

| 6/29/2025 | James Xi | Correspond with K. Eiswald re moot. | 0.25 | 362.5 |
|---|---|---|---|---|
| 6/30/2025 | Kyle Eiswald | Attend TRO moot. | 2.25 | 2025 |
| 7/1/2025 | Kyle Eiswald | Review draft supplemental memorandum. | 0.25 | 225 |
| 7/1/2025 | Paul Clement | Exchange emails re impact of Casa. | 0.25 | 662.5 |
| 7/1/2025 | James Xi | Exchange emails re CASA. | 0.5 | 725 |
| 7/2/2025 | Kyle Eiswald | Review correspondence re TRO hearing. | 0.25 | 225 |
| 7/2/2025 | Paul Clement | Exchange emails re PI hearing. | 0.25 | 662.5 |
| 7/3/2025 | Kyle Eiswald | Review TRO hearing transcript. | 0.75 | 675 |
| 7/3/2025 | Paul Clement | Exchange emails re PI hearing and next steps. | 0.25 | 662.5 |
| 7/6/2025 | Kyle Eiswald | Review correspondence re supplemental memorandum strategy. | 0.25 | 225 |
| 7/7/2025 | Kyle Eiswald | Review supplemental memorandum draft; correspond with J. Xi re same; review correspondence re same; confer with J. Xi and A. Britton re filing plan. | 1.25 | 1125 |
| 7/7/2025 | James Xi | Revise supplemental brief on remedies. | 1 | 1450 |
| 7/7/2025 | Ashley Britton | Discuss upcoming filing deadlines with K. Eiswald. | 0.25 | 131.25 |
| 7/7/2025 | Paul Clement | Edit supplemental brief; exchange emails re same. | 1 | 2650 |
| 7/9/2025 | Kyle Eiswald | Review correspondence re next steps in litigation; confer with A. Britton re filing; confer with J. Xi re government's supplemental brief. | 0.75 | 675 |

| 7/9/2025 | Ashley Britton | Confer with K. Eiswald and co-counsel re process and timing for filing supplemental brief; file same. | 0.5 | 262.5 |
|---|---|---|---|---|
| 7/9/2025 | James Xi | Review government's supplemental brief. | 1 | 1450 |
| 7/10/2025 | Kyle Eiswald | Review correspondence re supplemental briefs; review supplemental response; correspond with J. Xi re same. | 0.5 | 450 |
| 7/10/2025 | James Xi | Revise supplemental reply brief. | 1.5 | 2175 |
| 7/10/2025 | Paul Clement | Exchange emails re reply to DoD supplemental brief. | 0.25 | 662.5 |
| 7/11/2025 | Kyle Eiswald | Review correspondence re supplemental response filing; confer with A. Britton re filing; review government's supplemental reply. | 0.5 | 450 |
| 7/11/2025 | Ashley Britton | File reply brief. | 0.25 | 131.25 |
| 7/11/2025 | James Xi | Review final supplemental reply briefs. | 0.5 | 725 |
| 7/15/2025 | Kyle Eiswald | Review district court orders. | 0.25 | 225 |
| 7/16/2025 | Kyle Eiswald | Review correspondence re summary-judgment schedule; correspond with A. Britton re same. | 0.25 | 225 |
| 7/18/2025 | Kyle Eiswald | Review administrative record. | 0.25 | 225 |
| 7/19/2025 | Kyle Eiswald | Review district court order granting preliminary injunction. | 1 | 900 |
| 7/22/2025 | Kyle Eiswald | Review association member lists; review correspondence re same. | 0.25 | 225 |
| 7/23/2025 | Kyle Eiswald | Review correspondence re amicus strategy; correspond with J. Xi re summary-judgment brief. | 0.25 | 225 |

| 7/24/2025 | Kyle Eiswald | Review summary-judgment brief; correspond with J. Xi re same; review correspondence re same. | 2.5 | 2250 |
|---|---|---|---|---|
| 7/24/2025 | James Xi | Revise MSJ brief. | 2.5 | 3625 |
| 7/25/2025 | Kyle Eiswald | Review summary-judgment brief. | 1.5 | 1350 |
| 7/28/2025 | Kyle Eiswald | Confer with A. Britton re summary-judgment filing; review correspondence re same. | 0.5 | 450 |
| 7/28/2025 | Ashley Britton | File motion for summary judgment; confer with K. Eiswald re same. | 0.25 | 131.25 |
| 7/28/2025 | Paul Clement | Exchange emails re summary judgement filing. | 0.25 | 662.5 |
| 8/2/2025 | Kyle Eiswald | Review language in DOD award letter re indirect cost rates; confer with J. Xi re same. | 1.25 | 1125 |
| 8/2/2025 | James Xi | Correspond with K. Eiswald and P. Clement re new DOD grant term language. | 1 | 1450 |
| 8/3/2025 | Paul Clement | Exchange emails re response to DoD notifications. | 0.25 | 662.5 |
| 8/4/2025 | Kyle Eiswald | Review correspondence re DOD requests to universities. | 0.25 | 225 |
| 8/4/2025 | Paul Clement | Exchange emails re response to DoD notifications. | 0.25 | 662.5 |
| 8/5/2025 | Kyle Eiswald | Review correspondence re litigation events. | 0.25 | 225 |
| 8/6/2025 | Kyle Eiswald | Review correspondence re summary-judgment proceedings; review district-court filings re same. | 0.25 | 225 |
| 8/7/2025 | Kyle Eiswald | Review government's opposition to plaintiffs' motion for summary | 1.25 | 1125 |

| | | judgment and cross-motion for summary judgment; correspond with J. Xi re same. | | |
|---|---|---|---|---|
| 8/12/2025 | Kyle Eiswald | Review summary-judgment response/reply; correspond with J. Xi and A. Britton re same. | 2.75 | 2475 |
| 8/12/2025 | James Xi | Revise MSJ reply. | 1.25 | 1812.5 |
| 8/13/2025 | Kyle Eiswald | Review draft summary-judgment reply; review correspondence re same. | 0.25 | 225 |
| 8/14/2025 | Kyle Eiswald | Correspond with A. Britton re filing; review filed summary-judgment reply. | 0.25 | 225 |
| 8/14/2025 | Ashley Britton | Confer with K. Eiswald re procedure and timing for filing MSJ response/reply; file response/reply. | 0.5 | 262.5 |
| 8/21/2025 | Kyle Eiswald | Review government's summary-judgment reply; correspond with J. Xi re same; review related case; correspond with J. Xi re same. | 1.5 | 1350 |
| 8/21/2025 | James Xi | Review DOJ MSJ reply; review APHA Supreme Court decision and correspond with K. Eiswald re same. | 1.5 | 2175 |
| 8/22/2025 | Kyle Eiswald | Review related case; review district court order re supplemental briefing; correspond with A. Britton re same; review correspondence re same. | 0.25 | 225 |
| 8/22/2025 | Paul Clement | Review APHA decision; exchange emails re same. | 0.5 | 1325 |
| 8/25/2025 | Kyle Eiswald | Review correspondence re supplemental briefing; correspond with J. Xi and A. Britton re same. | 0.25 | 225 |

| 8/25/2025 | James Xi | Correspond with B. Henthorne and K. Eiswald re supplemental brief. | 0.25 | 362.5 |
|---|---|---|---|---|
| 8/26/2025 | Kyle Eiswald | Correspond with co-counsel and J. Xi re moot; respond to moot invitation. | 0.25 | 225 |
| 8/27/2025 | Kyle Eiswald | Review supplemental brief draft; correspond with J. Xi re same; correspond with A. Britton re filing plan. | 1.5 | 1350 |
| 8/27/2025 | James Xi | Review supplemental brief; correspond with P. Clement and K. Eiswald re same. | 1 | 1450 |
| 8/27/2025 | Paul Clement | Edit supplemental brief; exchange emails re same; review materials re same. | 1 | 2650 |
| 8/29/2025 | Ashley Britton | File supplemental brief. | 0.25 | 131.25 |
| 8/29/2025 | Kyle Eiswald | Review supplemental brief; correspond with A. Britton re filing; review government's supplemental brief; correspond with J. Xi re same. | 0.75 | 675 |
| 9/1/2025 | Kyle Eiswald | Review briefs for moot. | 1.5 | 1350 |
| 9/2/2025 | Kyle Eiswald | Review briefs for moot; attend moot. | 3.5 | 3150 |
| 9/4/2025 | Kyle Eiswald | Read correspondence re summary-judgment hearing; read related case. | 1.5 | 1350 |
| 9/5/2025 | Kyle Eiswald | Review correspondence and reporting re summary-judgment hearing. | 0.25 | 225 |
| 9/8/2025 | Kyle Eiswald | Review correspondence re requested permanent injunction; review proposed order re same. | 0.25 | 225 |
| 9/9/2025 | Kyle Eiswald | Review proposed permanent injunction order; correspond with J. Xi re same; review correspondence re same. | 1.25 | 1125 |

| 9/9/2025 | James Xi | Discuss proposed order with K. Eiswald; correspond with B. Henthorne re same. | 0.75 | 1087.5 |
|---|---|---|---|---|
| 10/9/2025 | Kyle Eiswald | Review documents. | 0.25 | 225 |
| 10/10/2025 | Kyle Eiswald | Review summary judgment order; review correspondence re same. | 1 | 900 |
| 10/15/2025 | Kyle Eiswald | Review district court's final judgment. | 0.25 | 225 |
| 12/1/2025 | Kyle Eiswald | Review case timelines. | 0.25 | 225 |
| 12/9/2025 | Kyle Eiswald | Review government's notice of appeal; correspond with J. Xi re same; review correspondence re same; review court notices. | 0.25 | 225 |
| 12/9/2025 | James Xi | Correspond with K. Eiswald re notice of appeal and entries of appearance. | 0.25 | 362.5 |
| 12/10/2025 | Kyle Eiswald | Review court notice. | 0.25 | 225 |
| 12/16/2025 | Kyle Eiswald | Review case opening notice and deadlines. | 0.25 | 225 |
| 12/18/2025 | Kyle Eiswald | Review correspondence re DOD indirect costs. | 0.25 | 225 |
| 12/29/2025 | Kyle Eiswald | Draft notices of appearance; correspond with J. Xi re same. | 0.25 | 225 |
| 12/30/2025 | Kyle Eiswald | Review notices of appearance; correspond with A. Britton and M. Levin re same; supervise filing of same; review court notices. | 0.5 | 450 |
| 1/5/2026 | Kyle Eiswald | Review correspondence re government's proposed abeyance motion. | 0.25 | 243.75 |

| 1/5/2026 | James Xi | Correspond with P. Clement  Jenner team  and clients re motion to hold appeal in abeyance. | 0.5 | 800 |
|---|---|---|---|---|
| 1/8/2026 | Kyle Eiswald | Review court notice. | 0.25 | 243.75 |
| 1/14/2026 | Kyle Eiswald | Review court notice. | 0.25 | 243.75 |
| 1/16/2026 | Kyle Eiswald | Review court notice. | 0.25 | 243.75 |
| 2/6/2026 | Kyle Eiswald | Review correspondence re government's desire to dismiss appeal. | 0.25 | 243.75 |
| 2/6/2026 | James Xi | Correspond with clients re voluntary dismissal. | 0.5 | 800 |
| 2/8/2026 | James Xi | Correspond with B. Henthorne re voluntary dismissal and mootness issues. | 0.25 | 400 |
| 2/9/2026 | James Xi | Correspond with B. Snyder re voluntary dismissal and mootness. | 0.25 | 400 |
| 2/10/2026 | Kyle Eiswald | Review correspondence re case; review First Circuit notice re same; correspond with J. Xi re same. | 0.25 | 243.75 |
| 2/10/2026 | James Xi | Correspond with DOJ re voluntary dismissal. | 0.25 | 400 |
| 2/11/2026 | Kyle Eiswald | Review correspondence re case. | 0.25 | 243.75 |
| 2/18/2026 | Kyle Eiswald | Review First Circuit order dismissing appeal; correspond with A. Britton re same; review correspondence between J. Xi and clients re same. | 0.25 | 243.75 |
| 2/19/2026 | Kyle Eiswald | Review court notices. | 0.25 | 243.75 |