# EXHIBIT 6

## SUMMARY OF TIME BILLED AND FEES REQUESTED

| Timekeeper | Position | Hours | Adjusted Rate[1] | Total |
|---|---|---|---|---|
| Ishan K. Bhabha | Partner | 2.20 | $500.00 | $1,100.00 |
| Steven R. Englund | Partner | 153.90 | $500.00 | $76,950.00 |
| Lindsay C. Harrison | Partner | 64.00 | $500.00 | $32,000.00 |
| Betsy L. Henthorne | Partner | 212.20 | $500.00 | $106,100.00 |
| Anjali Motgi | Partner | 1.90 | $500.00 | $950.00 |
| Zachary C. Schauf | Partner | 148.20 | $500.00 | $74,100.00 |
| Adam G. Unikowsky | Partner | 4.50 | $500.00 | $2,250.00 |
| Meghan E. Greenfield | Partner | 5.20 | $266.35 | $1,385.02 |
| Matthew S. Hellman | Partner | 2.50 | $266.35 | $665.88 |
| Kirsten Hicks Spira | Partner | 1.60 | $266.35 | $426.16 |
| Hilary R. Ledwell | Partner | 75.80 | $266.35 | $20,189.33 |
| April A. Otterberg | Partner | 3.30 | $266.35 | $878.96 |
| Shoba Pillay | Partner | 6.50 | $266.35 | $1,731.28 |
| Daniel S. Schwei | Counsel | 8.80 | $266.35 | $2,343.88 |
| Kara V. Brandeisky | Associate | 100.00 | $266.35 | $26,635.00 |
| Brantley A. Butcher | Associate | 78.90 | $266.35 | $21,015.02 |
| Illyana A. Green | Associate | 4.00 | $266.35 | $1,065.40 |
| Michelle A. Li | Associate | 116.90 | $266.35 | $31,136.32 |
| Mary E. Marshall | Associate | 18.20 | $266.35 | $4,847.57 |
| Sophia W. Montgomery | Associate | 214.10 | $266.35 | $57,025.53 |
| Logan C.G. Wren | Associate | 56.60 | $266.35 | $15,075.41 |
| Theresa L. Busch | Paralegal | 3.60 | $95.00 | $342.00 |
| Sandra M. Gentile | Paralegal | 27.50 | $95.00 | $2,612.50 |
| Eujean L. Oh | Paralegal | 3.00 | $95.00 | $285.00 |
| Cheryl L. Olson | Paralegal | 53.70 | $95.00 | $5,101.50 |
| Mary F. Patston | Paralegal | 66.60 | $95.00 | $6,327.00 |
| Christina W. Pietsch | Paralegal | 4.80 | $95.00 | $456.00 |
| Annette M. Young | Paralegal | 5.80 | $95.00 | $551.00 |

---

[1] The only attorneys that billed time in 2026 were Betsy Henthorne, Paul Clement, James Xi, and Kyle Eiswald.

| | | | | |
|---|---|---|---|---|
| Paul Clement | Partner | 14.50 | $500 | $7,250.00 |
| James Xi | Partner | 25.50 | $500 | $12,750.00 |
| Kyle Eiswald | Associate | 59.75 | $266.35 (2025), $267.46 (2026) | $15,916.91 |
| Ashley Britton | Paralegal | 2.00 | $95 | $190.00 |
| Ethan Yan | Paralegal | 3.00 | $95 | $285.00 |
| **Total** | | **1,549.05** | | **$529,937.65** |