**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11740 |

**[PROPOSED ORDER] GRANTING PLAINTIFF AAU'S MOTION FOR
ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The Court hereby **GRANTS** Plaintiff AAU's Motion for Attorneys' Fees Pursuant to the

Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and awards fees in the amount of

$529,937.65.

It is so ordered.

_____

Hon. Brian E. Murphy, District Judge