# Exhibit A

## Block Billed - Jenner Block Attorneys

| Date | Name | Title | Hours | Total | Narrative |
|---|---|---|---|---|---|
| 4/22/2025 | STEVEN R. ENGLUND | Partner | 7.2 | 11422.8 | Revised draft potential plaintiff declarations; exchanged emails with Jenner team and potential plaintiff re inclusion of contracts in declaration; reviewed co-counsel comments on common interest agreement; exchanged emails with Jenner team re common interest agreement; exchanged texts with AAU member school re timing for declaration. |
| 4/23/2025 | STEVEN R. ENGLUND | Partner | 7 | 11105.5 | Numerous emails re possible timing of policy announcement, university participation and status of declarations; tracking university participation and status; attended to revisions to common interest agreement; email to AAU member re information concerning case; revised draft declarations; conversations with potential declarants. |
| 4/24/2025 | STEVEN R. ENGLUND | Partner | 9 | 14278.5 | Reviewed and revised declarations; reviewed NIH decision for material for declarations; conversation with AAU member re anticipated DOD case; numerous emails re status of declarations and participants, case information; revised common interest agreement; call with B. Snyder and Jenner team re status of DOD case. |
| 4/25/2025 | STEVEN R. ENGLUND | Partner | 7.2 | 11422.8 | Various emails re status of university participation in DOD case; exchanged emails with potential declarant re declaration contents; revised numerous declarations; exchanged emails with potential declarant re declaration |

| | | | | | |
|---|---|---|---|---|---|
| 4/30/2025 | STEVEN R. ENGLUND | Partner | 4.8 | 7615.2 | Revised potential plaintiff declarations; exchanged emails re common interest agreement. |
| 5/16/2025 | STEVEN R. ENGLUND | Partner | 6.3 | 9994.95 | Exchanged emails with Jenner team re scope of DOD policy; revised template for declarations for DOD case; emailed re plaintiffs for DOD case; emailed plaintiffs and declarants re next steps. |
| 5/21/2025 | STEVEN R. ENGLUND | Partner | 3.2 | 5076.8 | Exchanged emails re declarant status, declarant participation, multiple declarations, information re emerging DOD efforts to implement policy; revised declaration; call re potential declarant participation in case. |
| 6/3/2025 | STEVEN R. ENGLUND | Partner | 6.8 | 10788.2 | Reviewed declaration; revised declaration; call with potential declarant; exchanged emails re plaintiff status, incorporation of AG-represented universities into filings, engagement letters; reviewed harm section of NSF briefing to inform DOD declarations |
| 6/4/2025 | STEVEN R. ENGLUND | Partner | 4.7 | 7456.55 | Email to B. Snyder re potential declarant; follow-up emails to universities re declaration status; exchanged emails with Jenner team re declaration status; reviewed declarations; revised declarations. |
| 6/5/2025 | SOPHIA W. MONTGOMERY | Associate | 8 | 9804 | Revised draft complaint; strategized complaint and brief with B. Henthorne and H. Ledwell; drafted and conducted research for sections of opening brief. |
| 6/10/2025 | STEVEN R. ENGLUND | Partner | 3.7 | 5870.05 | Exchanged emails re engagement letters; revised declarations; exchanged emails with Jenner team re declaration status. |
| 6/12/2025 | STEVEN R. ENGLUND | Partner | 3.7 | 5870.05 | Revised declarations, template; exchanged emails re potential declaration, corporate disclosures |

| | | | | | |
|---|---|---|---|---|---|
| 6/13/2025 | KARA V. BRANDEISKY | Associate | | 7 | 9476.25 | Drafted and distributed status update; drafted client and co-counsel update; coordinated review and proofreading of complaint; coordinated review, cite-check, and proofread of TRO brief; coordinated review and revision of association declarations; coordinated with AG co-counsel about filing of pro hac vice applications and corporate disclosures; proposed internal deadlines for target Monday filings; reviewed email correspondence collected from DOD grant officials re premature implementation and strategized re declarations. |
| 6/13/2025 | STEVEN R. ENGLUND | Partner | | 8.5 | 13485.25 | Exchanged emails with K. Brandeisky re corporate disclosures; reviewed DOD policy memo; exchanged emails with participating universities re finalization of declarations, outstanding engagement letters; call with Jenner team re plans for filing; exchanged emails with Jenner team re finalization of association declarations; email to AG group re complaint. |
| 6/14/2025 | KARA V. BRANDEISKY | Associate | | 10.1 | 13672.88 | Implemented edits to complaint; coordinated review and cite-check of complaint; coordinated review and cite-check of TRO brief; reviewed and revised motion for TRO and proposed order re same; reviewed and revised motion for excess pages and proposed order re same; drafted paragraphs for declarations re email correspondence re premature implementation; drafted and distributed status update. |

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2025 | STEVEN R. ENGLUND | Partner | 6.7 | 10629.55 | Emails to AG group re timeline, complaint, brief; exchanged emails with Jenner team re draft declaration; email to potential declarant re possible declaration; finalized declarationd revised complaint. |
| 6/15/2025 | KARA V. BRANDEISKY | Associate | 11.5 | 15568.13 | Coordinated proofing of complaint; implemented proofing edits in complaint; coordinated finalization of declarations; conferred with S. Englund and B. Henthorne re declaration; conferred with S. Pillay re pro hac applications; coordinated with Docketing and S. Mielke Gentile re filing; strategized with B. Henthorne re filing. |
| 6/15/2025 | STEVEN R. ENGLUND | Partner | 9.5 | 15071.75 | Finalized numerous declarations; exchanged emails with universities and Jenner team re status of declarations, additions for email authentication. |
| 6/16/2025 | KARA V. BRANDEISKY | Associate | 8 | 10830 | Finalized complaint and ancillary filings and coordinated filing of the same; drafted declaration for potential declarant; finalized motion for overlength and coordinated filing of the same; finalized pro hac vice applications and coordinated filing of the same; reviewed, revised, and finalized motion for TRO and coordinated filing of the same; researched standing order on referral to magistrate judges and conferred with B. Henthorne re same; coordinated submission of declination of magistrate jurisdiction; reviewed, revised, and finalized corporate disclosures and coordinated filing of the same. |

| | | | | | |
|---|---|---|---|---|---|
| 6/16/2025 | SOPHIA W. MONTGOMERY | Associate | 6 | 7353 | Revised and finalized documents, including proofing brief and strategizing with Jenner team. |
| 7/10/2025 | SOPHIA W. MONTGOMERY | Associate | 4.5 | 5514.75 | Researched for, outlined, strategized with Hilary Ledwell regarding, drafted, and revised draft reply supplemental filing. |
| 7/18/2025 | STEVEN R. ENGLUND | Partner | 4.3 | 6821.95 | Revised declaration; reviewed PI decision; exchanged emails re declaration. |

**Total** 147.7