# Exhibit B

## Block Billed - Clement & Murphy PLLC Attorneys

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 6/17/2025 | Kyle Eiswald | 4.25 | Review district court filings; review correspondence re district court order granting TRO; research statutory argument; confer with E. Yan re case. |
| 6/27/2025 | Kyle Eiswald | 3 | Review Supreme Court case re effect on universal injunction request; confer with J. Xi re same; prepare for TRO moot; review TRO reply. |

**Total**      7.25