# Exhibit C

## Corresponding - Jenner Block Attorneys

| Date | Name | Title | Hours | Total | Narrative |
|---|---|---|---|---|---|
| 4/15/2025 | ISHAN K. BHABHA | Partner | 0.5 | 878.75 | Met with B. Snyder and Jenner team re DOD and amicus brief. |
| 4/15/2025 | LINDSAY C. HARRISON | Partner | 0.5 | 1011.75 | Met with B. Snyder re DOD and amicus brief. |
| 4/17/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Corresponded re anticipated DoD actions and possible lawsuit. |
| 4/17/2025 | LINDSAY C. HARRISON | Partner | 0.8 | 1618.8 | Corresponded with J&B team and universities re new DOD action anticipated and prepared for lawsuit re same. |
| 4/18/2025 | LINDSAY C. HARRISON | Partner | 0.6 | 1214.1 | Conferred with AAU member's counsel re DOD lawsuit; correspondence re same. |
| 4/21/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 1846.8 | Conferred with L. Harrison and A. Motgi re DoD litigation (.2); correspondence re preparing for DoD litigation (.7); conferred with H. Ledwell re DoD litigation (.2); conferred with Z. Schauf re DoD litigation |
| 4/21/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with B. Henthorne re planning for DOD litigation. |
| 4/21/2025 | ISHAN K. BHABHA | Partner | 0.5 | 878.75 | Conferred with B. Snyder and Jenner team re potential DOD litigation. |
| 4/22/2025 | BRANTLEY A. BUTCHER | Associate | 0.5 | 441.75 | Met with B. Henthorne to discuss creation of a complaint for anticipated DOD indirect cost lawsuit. |
| 4/22/2025 | BETSY L. HENTHORNE | Partner | 1.8 | 3693.6 | Corresponded re complaint preparation and case management (.7); conferred with A. Motgi re staffing (.2); conferred with B. Butcher re draft complaint (.5); conferred with M. Marshall re draft complaint (.4) |
| 4/22/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Conferred with M. Marshall re DOD, DOE, and NIH grantmaking statutes and prepared for same. |
| 4/23/2025 | BRANTLEY A. BUTCHER | Associate | 0.3 | 265.05 | Met with team to discuss DOD complaint and TRO brief. |
| 4/23/2025 | BETSY L. HENTHORNE | Partner | 2.3 | 7848.9 | Corresponded re lawsuit preparations (1.3); met with J&B team re lawsuit preparations (.3); conferred with H. Ledwell re complaint and TRO (.4); conferred with K. Brandeisky re complaint (.3). |
| 4/23/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated in meeting with B. Henthorne re DOD litigation preparation. |
| 4/23/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Participated in meeting with internal team re DOD litigation planning. |

| | | | | | |
|---|---|---|---|---|---|
| 4/23/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with B. Henthorne re regulatory arguments. |
| 4/23/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Strategized with litigation team re complaint and motion for TRO, and followed up re |
| 4/23/2025 | KARA V. BRANDEISKY | Associate | 0.3 | 406.13 | Strategized with B. Henthorne re complaint. |
| 4/23/2025 | LINDSAY C. HARRISON | Partner | 0.4 | 809.4 | Correspondence re DOD plaintiffs and declarations. |
| 4/23/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Participated in call with B. Henthorne and associate team to discuss next steps. |
| 4/24/2025 | BETSY L. HENTHORNE | Partner | 1.4 | 4924.8 | Corresponded re draft case materials (.2); conferred with K. Brandeisky re draft complaint (.2); corresponded re ongoing workstreams (.9); conferred with B. Butcher |
| 4/24/2025 | ISHAN K. BHABHA | Partner | 0.3 | 527.25 | Conferred with Jenner team and B. Snyder re DOD litigation and strategy. |
| 4/24/2025 | LINDSAY C. HARRISON | Partner | 1 | 2023.5 | Joint call to discuss DOD itigation and strategy with B. Snyder; correspondence with S. Englund, K. Spira and universities re declarations and participation. |
| 4/25/2025 | BRANTLEY A. BUTCHER | Associate | 0.7 | 618.45 | Met with team to discuss DOD complaint and TRO brief; coordinated meeting. |
| 4/25/2025 | BETSY L. HENTHORNE | Partner | 1.3 | 5386.5 | Corresponded re draft complaint and TRO (.8);  met with J&B associate team re draft documents and filing plan (.3); conferred with H. Ledwell re filing plan (.2). |
| 4/25/2025 | HILARY R. LEDWELL | Associate | 0.5 | 726.75 | Participated in meeting with internal team re preparation for DOD suit. |
| 4/25/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Conferred with internal team re legal research for DOD complaint and TRO. |
| 4/25/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with B. Henthorne re preparing for DOD litigation. |
| 4/25/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Strategized with litigation team re complaint, motion for TRO, related filings. |
| 4/25/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Conferred with B. Henthorne re DOD processes for NOFOs. |
| 4/25/2025 | LINDSAY C. HARRISON | Partner | 0.7 | 1416.45 | Corresponded with S. Englund and declarant and plaintiff universities re DOD litigation. |
| 4/26/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 307.8 | Corresponded re declarations. |
| 4/26/2025 | LINDSAY C. HARRISON | Partner | 0.2 | 404.7 | Corresponded re additional plaintiffs and declarants. |

| | | | | | |
|---|---|---|---|---|---|
| 4/26/2025 | STEVEN R. ENGLUND | Partner | 1.2 | 1903.8 | Exchanged emails with potential declarants re request for information concerning types of funding agreements and other concerns. |
| 4/27/2025 | BETSY L. HENTHORNE | Partner | 0.3 | 461.7 | Corresponded re declarations. |
| 4/27/2025 | STEVEN R. ENGLUND | Partner | 0.4 | 634.6 | Exchanged emails re potential declarant comments re participation, association declarations. |
| 4/28/2025 | BETSY L. HENTHORNE | Partner | 0.6 | 1692.9 | Corresponded re declarations (.5); conferred with M. Marshall re declarations (.1). |
| 4/28/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Conferred with S. Mielke Gentile re draft motion and proposed order. |
| 4/29/2025 | BETSY L. HENTHORNE | Partner | 0.7 | 2000.7 | Corresponded re declarations (.6); conferred with M. Marshall re declarations (.1). |
| 4/30/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 307.8 | Corresponded re legal research for complaint (.1); |
| 5/1/2025 | BETSY L. HENTHORNE | Partner | 0.3 | 461.7 | Corresponded re declarations; conferred with Z. Schauf re legal research. |
| 5/1/2025 | MARY E. MARSHALL | Associate | 0.2 | 258.4 | Conferred with potential plaintiff re declarations. |
| 5/2/2025 | STEVEN R. ENGLUND | Partner | 0.8 | 1269.2 | Conversations and email re inclusion of potential plaintiff in plaintiff group; email to potential plaintiff |
| 5/6/2025 | STEVEN R. ENGLUND | Partner | 0.2 | 317.3 | Emails re common interest agreement. |
| 5/15/2025 | BETSY L. HENTHORNE | Partner | 1.8 | 2770.2 | Conferred with A. Motgi re DOD policy and litigation strategy (.3); correspondence re DOD policy and litigation strategy (1.5). |
| 5/16/2025 | BETSY L. HENTHORNE | Partner | 0.9 | 2616.3 | Case management and correspondence re ongoing workstreams (.5); conferred with M. Li re declarations (.4). |
| 5/16/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Conferred with B. Henthorne re DOD suit preparation and reviewed associated |
| 5/16/2025 | MICHELLE A. LI | Associate | 0.4 | 516.8 | Conference with B. Henthorne re declaration strategy and next steps. |
| 5/16/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with S. Englund re declaration strategy. |
| 5/17/2025 | KIRSTEN HICKS SPIRA | Partner | 0.4 | 615.6 | Review emails re DOD memo and new declaration templates. |
| 5/18/2025 | STEVEN R. ENGLUND | Partner | 0.5 | 793.25 | Exchanged emails with potential plaintiff re declaration contents. |

| | | | | | |
|---|---|---|---|---|---|
| 5/19/2025 | BETSY L. HENTHORNE | Partner | 0.7 | 1077.3 | Conferred with potential declarant re participation (.1); conferred with K. Brandeisky re case management (.3); conferred with H. Ledwell re TRO/PI brief (.2); common interest calls re possible state |
| 5/19/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Conferred with B. Henthorne re strategic approach to DOD litigation. |
| 5/19/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Strategized with B. Henthorne re litigation plan. |
| 5/19/2025 | STEVEN R. ENGLUND | Partner | 1 | 1586.5 | Exchanged emails with declarants re declarations and participation in DOD case. |
| 5/19/2025 | ZACHARY C. SCHAUF | Partner | 0.2 | 319.2 | Strategized with team re complaint. |
| 5/20/2025 | STEVEN R. ENGLUND | Partner | 0.4 | 634.6 | Exchanged emails with potential declarants re status of participation. |
| 5/21/2025 | BETSY L. HENTHORNE | Partner | 1 | 1539 | Conferred with S. Montgomery re draft complaint (.2); conferred with H. Ledwell re draft brief (.2); correspondence re ongoing workstreams (.5); correspondence regarding rate cap implementation (.1). |
| 5/21/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re DOD strategy. |
| 5/21/2025 | ISHAN K. BHABHA | Partner | 0.5 | 878.75 | Conferred with Barbara Snyder and L. Harrison re matter updates. |
| 5/21/2025 | LINDSAY C. HARRISON | Partner | 0.6 | 4654.05 | Correspondence re DOD prematurely enforcing policy (.6); |
| 5/21/2025 | LINDSAY C. HARRISON | Partner | 0.5 | 1011.75 | Call with B. Snyder re matter. |
| 5/21/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with S. Englund and S. Gentile re declaration strategy. |
| 5/21/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Discussed revisions to complaint with B. Henthorne. |
| 5/22/2025 | BETSY L. HENTHORNE | Partner | 1.5 | 2308.5 | Conferred with M. Li re declarations (.1); correspondence re policy implementation (1.2); conferred with S. Montgomery re |
| 5/22/2025 | LINDSAY C. HARRISON | Partner | 1.3 | 2630.55 | Corresponded with universities, B. Snyder, Jenner team re premature enforcement of 15% rate cap and discussed same with B. |
| 5/22/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with S. Englund re status of declarations. |
| 5/22/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from client regarding DOD's premature implementation of rate cap policy. |

| | | | | | |
|---|---|---|---|---|---|
| 5/22/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Discussed strategy for and revisions to complaint with Betsy Henthorne. |
| 5/22/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Corresponded with S. Englund and M. Li re status of declarations, tracker, and plaintiffs' |
| 5/23/2025 | BETSY L. HENTHORNE | Partner | 2.5 | 4155.3 | Correspondence re policy implementation (1.8); correspondence re ongoing workstreams (.2); conferred with K. Brandeisky re policy implementation (.2); conferred with L. Harrison re policy |
| 5/23/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Strategized with B. Henthorne re incoming information about DOD implementation of policy. |
| 5/23/2025 | LINDSAY C. HARRISON | Partner | 0.8 | 2023.5 | Correspondence with B. Henthorne, B. Snyder re DOD enforcement of 15% cap and |
| 6/1/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re opening brief. |
| 6/1/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Corresponded with B. Henthorne regarding complaint. |
| 6/2/2025 | BETSY L. HENTHORNE | Partner | 3.8 | 5848.2 | Correspondence re ongoing workstreams (.4); conferred with S. Montgomery re draft complaint (.2); reviewed and edited draft |
| 6/2/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Conferred with internal team re opening brief. |
| 6/2/2025 | ISHAN K. BHABHA | Partner | 0.4 | 703 | Conferred with B. Snyder and L. Harrison re DOD litigation. |
| 6/2/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Coordinated cite-checking of TRO/PI brief. |
| 6/2/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Coordinated drafting of corporate disclosure statements. |
| 6/2/2025 | LINDSAY C. HARRISON | Partner | 0.4 | 2023.5 | Call with B. Snyder (.4). |
| 6/2/2025 | STEVEN R. ENGLUND | Partner | 2.1 | 3331.65 | Exchanged emails with declarants re case status and declarations; exchanged emails with B. Snyder re common interest agreement, plaintiffs. |
| 6/3/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 1385.1 | Correspondence re declarations (.1); |
| 6/3/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Corresponded with S. Englund regarding information for complaint. |

| | | | | | |
|---|---|---|---|---|---|
| 6/4/2025 | BETSY L. HENTHORNE | Partner | 2.5 | 3847.5 | Conferred with H. Ledwell re TRO brief (.5); conferred with H. Ledwell and S. Montgomery re TRO brief and complaint (.6); conferred with K. Brandeisky re ongoing workstreams (.7); conferred with B. Butcher re TRO brief (.1); correspondence re ongoing workstreams |
| 6/4/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated in meeting with B. Henthorne re opening brief. |
| 6/4/2025 | HILARY R. LEDWELL | Associate | 0.7 | 1017.45 | Participated in meeting with internal team re opening brief. |
| 6/4/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Participated in meeting with B. Henthorne re opening brief and litigation strategy. |
| 6/4/2025 | KARA V. BRANDEISKY | Associate | 0.8 | 1083 | Strategized with B. Henthorne re filing plan. |
| 6/4/2025 | LINDSAY C. HARRISON | Partner | 0.4 | 3439.95 | Corresponded with B. Henthorne re strategy in DOD (.4); |
| 6/4/2025 | LOGAN C.G. WREN | Associate | 0.3 | 367.65 | Corresponded with Jenner team re litigation strategy and pleading drafting. |
| 6/4/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with B. Henthorne, H. Ledwell re TRO drafting. |
| 6/4/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Corresponded with counsel for plaintiffs regarding information for filings. |
| 6/4/2025 | SOPHIA W. MONTGOMERY | Associate | 0.8 | 980.4 | Strategized regarding complaint and brief with B. Henthorne and H. Ledwell. |
| 6/4/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Conferred with Jenner team regarding next steps. |
| 6/4/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Strategized with Jenner team regarding TRO. |
| 6/5/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 769.5 | Correspondence re declarations and policy implementation (.2); |
| 6/5/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Coordinated with team re status update. |
| 6/5/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with H. Ledwell re TRO |
| 6/5/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Corresponded with S. Englund, B. Henthorne, and H. Ledwell regarding complaint and brief. |
| 6/6/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Correspondence re ongoing workstreams. |
| 6/6/2025 | LINDSAY C. HARRISON | Partner | 0.3 | 607.05 | Corresponded re status of pleadings with Z. Schauf, S. Montgomery. |
| 6/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence among Jenner team regarding draft complaint. |
| 6/10/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with H. Ledwell re TRO |

| | | | | | |
|---|---|---|---|---|---|
| 6/12/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 1846.8 | Conferred with potential declarant re participation and declaration (.2); correspondence re draft filings (.5); conferred with K. Brandeisky re draft filings and ongoing workstreams (.5). |
| 6/12/2025 | KARA V. BRANDEISKY | Associate | 0.4 | 541.5 | Conferred with B. Henthorne re filing plan. |
| 6/12/2025 | LOGAN C.G. WREN | Associate | 0.2 | 245.1 | Corresponded with Jenner team to prepare brief for anticipated agency action. |
| 6/12/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with K. Brandeisky, H. Ledwell et al re preparing for filing. |
| 6/13/2025 | BETSY L. HENTHORNE | Partner | 5.1 | 8464.5 | Correspondence re filings and ongoing workstreams (4.7); conferred with Jenner & Block team re filing plan (.2); conferred with K. Brandeisky re filing (.2). |
| 6/13/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Participated on call with internal team re initiating case. |
| 6/13/2025 | KARA V. BRANDEISKY | Associate | 0.3 | 406.13 | Strategized with B. Henthorne, L. Harrison, S. Englund, S. Montgomery, and H. Ledwell re motion for TRO. |
| 6/13/2025 | LINDSAY C. HARRISON | Partner | 0.9 | 2225.85 | Corresponded with Jenner team re same (.5); call with Jenner team re strategy and workstreams (.4). |
| 6/13/2025 | LOGAN C.G. WREN | Associate | 0.2 | 245.1 | Corresponded with Jenner team re litigation and briefing in response to agency action. |
| 6/13/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with S. Montgomery re complaint revisions. |
| 6/13/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with K. Brandeisky and S. Englund re association declarations. |
| 6/13/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Correspondence with association plaintiffs re updated declarations. |
| 6/13/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with B. Henthorne and H. Ledwell re DOD grant programs. |
| 6/13/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Conferred with Jenner team regarding plan for next steps. |
| 6/13/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from library staff regarding research for complaint. |
| 6/14/2025 | BETSY L. HENTHORNE | Partner | 4 | 20930.4 | Correspondence re filings (2.9); conferred with L. Wren re legal research (.2) conferred with L. Harrison and Z. Schauf re filing (.3); conferred with H. Ledwell re filing (.2); conferred with K. Brandeisky re filing (.4). |
| 6/14/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Participated on call with B. Henthorne re TRO brief. |

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Participated on call with B. Butcher re TRO brief. |
| 6/14/2025 | KARA V. BRANDEISKY | Associate | 0.4 | 541.5 | Strategies with B. Henthorne re revisions to brief, complaint, and declarations. |
| 6/14/2025 | LINDSAY C. HARRISON | Partner | 1.1 | 3844.65 | Call with B. Henthorne and Z. Schauf re strategy on TRO (.3); reviewed discussion of regulations (.3); correspondence with S. Englund re declaration (.2); correspondence with J&B team re task list for filing (.3). |
| 6/14/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with S. Englund re declaration status. |
| 6/14/2025 | MICHELLE A. LI | Associate | 0.5 | 646 | Correspondence with S. Montgomery, B. Henthorne, et al re DOD grant programs. |
| 6/14/2025 | SOPHIA W. MONTGOMERY | Associate | 0.5 | 612.75 | Strategized complaint and brief with Jenner team. |
| 6/15/2025 | BETSY L. HENTHORNE | Partner | 4.1 | 11850.3 | Correspondence re filings (3.3); conferred with M. Li re irreparable harm (.2); conferred with K. Brandeisky re filings (.6). |
| 6/15/2025 | LINDSAY C. HARRISON | Partner | 0.7 | 11331.6 | Call with B. Henthorne and Z. Schauf re motion strategy (.2); emails re client edits and reviewed same (.5). |
| 6/15/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with H. Ledwell re TRO revisions. |
| 6/15/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with B. Snyder, C. Lindwarm, S. Englund, et al re finalizing |
| 6/16/2025 | BETSY L. HENTHORNE | Partner | 8.1 | 12465.9 | Correspondence re filing 2.6); reviewed draft filings and correspondence re same (4.4); conferred with S. Montgomery and H. Ledwell re draft brief (.2); conferred with Z. Schauf re filing (.2); conferred with K. Brandeisky re filings (.3); conferred with T. Edwards re filing (.2); conferred with M. Raymer re Dartmouth |
| 6/16/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with internal team re finalizing brief. |
| 6/16/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Participated on call with B. Henthorne re brief. |
| 6/16/2025 | HILARY R. LEDWELL | Associate | 0.5 | 726.75 | Participated on call with M. Li re brief. |
| 6/16/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with M. Patson re brief. |
| 6/16/2025 | LINDSAY C. HARRISON | Partner | 0.5 | 6475.2 | Corresponded re assignment to magistrate judge and communications with DOD (.5). |
| 6/16/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Conferences with H. Ledwell re finalizing |

| | | | | | |
|---|---|---|---|---|---|
| 6/16/2025 | MICHELLE A. LI | Associate | 0.4 | 516.8 | Correspondence with S. Englund, S. Gentile, B. Henthorne, et al re finalizing brief and declarations. |
| 6/17/2025 | BETSY L. HENTHORNE | Partner | 2.3 | 5232.6 | Correspondence re policy implementation (.4); correspondence re case assignment and appearances (.5); conferred with K. Brandeisky re State AGs (.2); conferred with potential declarant re declaration (.2); conferred with L. Harrison re other challenges (.1); conferred with S. Englund and K. Brandeisky re other challenges (.2); correspondence re TRO (.5); conferred with |
| 6/17/2025 | HILARY R. LEDWELL | Associate | 0.4 | 581.4 | Conferred with internal team re finalizing brief. |
| 6/17/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Conferred with state attorney general offices re pro hac vice applications and notices of appearance. |
| 6/17/2025 | LOGAN C.G. WREN | Associate | 0.2 | 245.1 | Reviewed Jenner team correspondence re finalization and filing of TRO; corresponded with Jenner team re TRO. |
| 6/17/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Conferred with Jenner team regarding finalizing brief. |
| 6/17/2025 | STEVEN R. ENGLUND | Partner | 0.5 | 793.25 | Emails re state AG participation, declaration, and potential declarant discussions with |
| 6/18/2025 | BETSY L. HENTHORNE | Partner | 2.2 | 3385.8 | Correspondence re TRO scope (1.4); conferred with L. Harrison re representation of state schools (.1); conferred with S. Englund and K. Brandeisky re representation of state schools (.2); correspondence re reply and summary judgment briefs (.5). |
| 6/18/2025 | KARA V. BRANDEISKY | Associate | 0.3 | 406.13 | Strategized with B. Henthorne and S. Englund re rules re local counsel. |
| 6/18/2025 | LINDSAY C. HARRISON | Partner | 0.2 | 404.7 | Correspondence re compliance with TRO. |
| 6/18/2025 | LOGAN C.G. WREN | Associate | 0.2 | 245.1 | Corresponded with Jenner team on preparing for reply brief. |
| 6/18/2025 | STEVEN R. ENGLUND | Partner | 0.8 | 1269.2 | Exchanged emails re declaration, declarant inquiries concerning TRO; conversations with Jenner team re plaintiff status. |
| 6/19/2025 | BETSY L. HENTHORNE | Partner | 1.8 | 2770.2 | Correspondence re public schools' representation (.7); correspondence re TRO implementation (.3); correspondence regarding reply brief (.8). |

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Conferred with internal team re reply. |
| 6/19/2025 | LINDSAY C. HARRISON | Partner | 0.2 | 809.4 | Corresponded with B. Henthorne re reply brief (.2). |
| 6/19/2025 | STEVEN R. ENGLUND | Partner | 0.3 | 475.95 | Exchanged emails with B. Henthorne and K. Brandeisky re plaintiff status. |
| 6/20/2025 | BETSY L. HENTHORNE | Partner | 0.9 | 1385.1 | Conferred with M. Li re reply brief (.3); correspondence re reply brief (.6). |
| 6/20/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Coordinated staffing re reply brief. |
| 6/20/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Conference with B. Henthorne re reply brief planning. |
| 6/20/2025 | MICHELLE A. LI | Associate | 0.4 | 516.8 | Correspondence with Z. Schauf, B. Henthorne, S. Montgomery, et al re reply brief |
| 6/20/2025 | MICHELLE A. LI | Associate | 0.4 | 5426.4 | Reviewed/analyzed declarations submitted in related litigation to inform declaration strategy (3.8); correspondence with B. Henthorne re same (0.4). |
| 6/20/2025 | STEVEN R. ENGLUND | Partner | 0.2 | 317.3 | Exchanged emails with potential declarant re possible declaration. |
| 6/21/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Correspondence re reply brief. |
| 6/22/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with Z. Schauf re reply brief arguments. |
| 6/22/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Strategized reply brief with Jenner team. |
| 6/23/2025 | BETSY L. HENTHORNE | Partner | 0.4 | 615.6 | Correspondence re reply brief. |
| 6/23/2025 | LOGAN C.G. WREN | Associate | 0.1 | 122.55 | Corresponded with Jenner team to prepare drafting the reply brief. |
| 6/23/2025 | MICHELLE A. LI | Associate | 0.1 | 904.4 | Revised legal memo to incorporate NSF opinion (0.6); correspondence with B. Henthorne, Z. Schauf et al re same (0.1). |
| 6/23/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Conferred with Jenner team regarding next steps for brief. |
| 6/24/2025 | BETSY L. HENTHORNE | Partner | 1.4 | 4001.4 | Correspondence re oral argument prep (.8); conferred with M. Li re briefs (.5); met with J&B team regarding reply brief planning (.1). |
| 6/24/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Coordinated preparation for oral argument moot. |
| 6/24/2025 | LINDSAY C. HARRISON | Partner | 0.7 | 3035.25 | Corresponded with team re same and arguments for reply (.7). |
| 6/24/2025 | LOGAN C.G. WREN | Associate | 0.6 | 735.3 | Met with Jenner team to discuss argument strategy for reply brief. |

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Correspondence with B. Henthorne, K. Brandeisky re oral argument prep. |
| 6/24/2025 | MICHELLE A. LI | Associate | 0.5 | 646 | Conference with Z. Schauf, B. Henthorne, et al re reply brief strategy. |
| 6/24/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Conference with B. Henthorne re reply brief arguments. |
| 6/24/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with S. Montgomery, L. Wren, B. Butcher re reply brief drafting. |
| 6/24/2025 | STEVEN R. ENGLUND | Partner | 0.2 | 317.3 | Exchanged emails with B. Henthorne re declarant inquiry concerning reservation of rights |
| 6/25/2025 | BETSY L. HENTHORNE | Partner | 0.5 | 9080.1 | Conferred with M. Li re reply brief (.5); correspondence re oral argument |
| 6/25/2025 | LOGAN C.G. WREN | Associate | 1.3 | 1593.15 | Revised and edited draft reply sections; corresponded with Jenner team on preparing reply brief. |
| 6/25/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Correspondence with B. Henthorne and Z. Schauf re reply brief revisions. |
| 6/25/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Conference with B. Henthorne re reply brief revisions. |
| 6/26/2025 | BETSY L. HENTHORNE | Partner | 1.4 | 9080.1 | Conferred with M. Li re reply brief (.5); correspondence re ongoing workstreams (.6); conferred with K. Brandeisky re ongoing workstreams (.3); |
| 6/26/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Strategized with B. Henthorne re reply brief. |
| 6/26/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Correspondence with B. Henthorne, Z. Schauf, S. Montgomery, et al re reply brief |
| 6/26/2025 | MICHELLE A. LI | Associate | 0.2 | 2454.8 | Correspondence with B. Henthorne and Z. Schauf re same (0.2). |
| 6/26/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Conference with B. Henthorne re reply brief revisions. |
| 6/26/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Conferred with Zach Schauf regarding brief and oral argument. |
| 6/26/2025 | STEVEN R. ENGLUND | Partner | 0.5 | 793.25 | Reviewed reply brief; email to B. Henthorne re same. |
| 6/27/2025 | BETSY L. HENTHORNE | Partner | 0.3 | 7848.9 | conferred with M. Li re reply brief and recent precedent (.2); conferred with S. Montgomery re new precedent and effect on case (.1). |
| 6/27/2025 | LINDSAY C. HARRISON | Partner | 1.3 | 7082.25 | Correspondence with team re filing and impact of new decision on same (1.3). |
| 6/27/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with L. Harrison, Z. Schauf re new relevant precedent. |

| | | | | | |
|---|---|---|---|---|---|
| 6/27/2025 | MICHELLE A. LI | Associate | 0.1 | 1550.4 | Correspondence with B. Henthorne, S. Montgomery re same (0.1). |
| 6/27/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Conference with B. Henthorne re new |
| 6/27/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Correspondence with B. Henthorne re reply brief revisions. |
| 6/27/2025 | STEVEN R. ENGLUND | Partner | 0.2 | 317.3 | Exchanged emails with declarant and B. Henthorne re scope of relief. |
| 6/29/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 1846.8 | Correspondence regarding relief (.4); conferred with S. Montgomery re relief (.2); correspondence re declarations and oral argument prep (.6). |
| 6/29/2025 | KARA V. BRANDEISKY | Associate | 1.3 | 2301.38 | Correspondence with team re filing and impact of new decision on same (1.3). |
| 6/29/2025 | LINDSAY C. HARRISON | Partner | 1.7 | 3439.95 | Prepared for moot and corresponded re impact of new precedent on relief. |
| 6/29/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Discussed research question with Betsy Henthorne. |
| 6/30/2025 | BETSY L. HENTHORNE | Partner | 1.5 | 7387.2 | Correspondence re remedy (.5); conferred with S. Montgomery re remedy (.2); correspondence re moot and follow-up research (.4); conferred with K. Brandeisky re |
| 6/30/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Strategized with B. Henthorne re hearing prep and expedited summary judgment. |
| 6/30/2025 | KARA V. BRANDEISKY | Associate | 1.5 | 2030.63 | Coordinated tasks re TRO/PI hearing prep and expedited summary judgment. |
| 6/30/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Reviewed correspondence from Zach Schauf, Betsy Henthorne, and Lindsay Harrison regarding remedy. |
| 6/30/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Discussed supplemental memo with Betsy Henthorne. |
| 6/30/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Conferred with Kara Brandeisky and Michelle Li regarding next steps for filing and oral argument. |
| 7/1/2025 | BETSY L. HENTHORNE | Partner | 2.3 | 5694.3 | Correspondence re argument preparation and ongoing workstreams (1.4); conferred with S. Montgomery re summary judgment brief (.2); conferred with K. Brandeisky re ongoing workstreams (.7); |
| 7/1/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Attended to correspondence with internal team re case development. |
| 7/1/2025 | KARA V. BRANDEISKY | Associate | 0.4 | 541.5 | Strategized with B. Henthorne re TRO/PI hearing prep and expedited summary |

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2025 | KARA V. BRANDEISKY | Associate | 1.8 | 2436.75 | Coordinated tasks re TRO/PI hearing prep and expedited summary judgment. |
| 7/1/2025 | LOGAN C.G. WREN | Associate | 0.1 | 122.55 | Reviewed Jenner team correspondence re preparing for oral argument. |
| 7/1/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from cocounsel regarding supplemental filing. |
| 7/1/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Discussed summary judgment outline with B. Henthorne. |
| 7/2/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 6156 | Conferred with L. Harrison re hearing (.3); conferred with Z. Schauf re hearing (.5); correspondence regarding relief and briefing schedule (.4). |
| 7/2/2025 | LINDSAY C. HARRISON | Partner | 0.5 | 1011.75 | Spoke with B. Henthorne following hearing and corresponded re remedies brief. |
| 7/2/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Strategized with Lindsay Harrison and Betsy Henthorne regarding supplemental briefing. |
| 7/2/2025 | STEVEN R. ENGLUND | Partner | 0.2 | 317.3 | Exchanged emails with B. Henthorne re hearing and pending declarations. |
| 7/3/2025 | BETSY L. HENTHORNE | Partner | 1.5 | 2308.5 | Correspondence re relief and next steps (.7); conferred with K. Brandeisky re ongoing workstreams (.2); conferred re relief (.5); conferred with Z. Schauf re briefing schedule (.1). |
| 7/3/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Attended to correspondence with internal team re supplemental briefing. |
| 7/3/2025 | SOPHIA W. MONTGOMERY | Associate | 1 | 1225.5 | Strategized regarding relief and supplemental filing regarding same with L. Harrison, B. Henthorne, and Z. Schauf. |
| 7/6/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 4617 | Conferred with S. Montgomery re supplemental filing (.2). |
| 7/7/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 3078 | Correspondence re ongoing workstreams (.1); conferred with H. Ledwell re ongoing workstreams (.1). |
| 7/7/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with B. Henthorne re upcoming briefing. |
| 7/8/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 2154.6 | Correspondence re briefing schedule (.1). |
| 7/8/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Kara Brandeisky among Jenner team regarding next steps in litigation. |
| 7/8/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Corresponded with paralegal regarding cite check of supplemental filing. |

| Date | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|
| 7/9/2025 | BETSY L. HENTHORNE | Partner | 1.3 | 4001.4 | Correspondence re briefing schedule (.1); conferred with L. Harrison re supplemental brief (.1); conferred with Z. Schauf re supplemental brief (.1); conferred with S. Montgomery re supplemental brief (.2); conferred with Z. Schauf and S. Montgomery re supplemental brief (.2); conferred with Z. Schauf, H. Ledwell, and S. Montgomery re response to supplemental brief (.6). |
| 7/9/2025 | HILARY R. LEDWELL | Associate | 0.6 | 872.1 | Participated on call with internal team re briefing. |
| 7/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Conferred with docketing and Kara Brandeisky regarding filing plan. |
| 7/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Coordinated filing with co-counsel. |
| 7/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.6 | 735.3 | Strategized regarding reply brief with Betsy Henthorne, Zach Schauf, and Hilary Ledwell. |
| 7/10/2025 | BETSY L. HENTHORNE | Partner | 0.8 | 4309.2 | Conferred with L. Harrison re supplemental brief (.1); correspondence re policy implementation questions (.7). |
| 7/10/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with S. Montgomery re brief. |
| 7/10/2025 | STEVEN R. ENGLUND | Partner | 0.3 | 475.95 | Emails re additional declarations. |
| 7/11/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Coordinated with library regarding research question for supplemental filing. |
| 7/11/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Coordinated with paralegal regarding cite check. |
| 7/15/2025 | BETSY L. HENTHORNE | Partner | 0.8 | 2924.1 | Correspondence re ongoing workstreams (.8) |
| 7/15/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Attended to correspondence with team re litigation strategy and briefing. |
| 7/15/2025 | LOGAN C.G. WREN | Associate | 0.6 | 735.3 | Corresponded with Jenner team re summary judgment briefing and provided case law analysis. |
| 7/15/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Planned next steps for summary judgment with associate team. |
| 7/15/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Conferred with Logan Wren regarding legal citations in summary judgment brief. |
| 7/16/2025 | BETSY L. HENTHORNE | Partner | 0.8 | 1846.8 | Correspondence re injunction compliance (.6);  correspondence re upcoming deadlines |
| 7/16/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Conferred with internal team re briefing. |

| | | | | | |
|---|---|---|---|---|---|
| 7/16/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Corresponded with S. Montgomery re summary judgment drafting. |
| 7/16/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Corresponded with Kara Brandeisky and Betsy Henthorne regarding government's agreement not to renegotiate agreements. |
| 7/18/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 4617 | Conferred with C. Lindwarm re membership list (.2). |
| 7/19/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re briefing. |
| 7/19/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Strategized summary judgment brief with Jenner team. |
| 7/21/2025 | BETSY L. HENTHORNE | Partner | 2.2 | 8464.5 | Conferred with K. Brandeisky re ongoing workstreams and membership lists (.9); correspondence re membership lists (1.0); correspondence re ongoing workstreams (.3) |
| 7/21/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re reply briefing. |
| 7/21/2025 | KARA V. BRANDEISKY | Associate | 0.8 | 1083 | Coordinated staffing and internal deadlines for summary judgment briefing and drafted and sent status update re same. |
| 7/21/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Steve Englund and Kara Brandeisky regarding information for new declarations. |
| 7/22/2025 | BETSY L. HENTHORNE | Partner | 0.5 | 8464.5 | Conferred with M. Li re summary judgment brief (.2); conferred with APLU member counsel re scope of injunction (.3). |
| 7/22/2025 | MICHELLE A. LI | Associate | 0.2 | 258.4 | Conferred with B. Henthorne re motion for summary judgment revisions. |
| 7/22/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Planned next steps for summary judgment brief with Jenner team. |
| 7/23/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 3078 | Correspondence re Congressional action (.2). |
| 7/23/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence re recent congressional activity on DOD indirect cost rates. |
| 7/23/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Brantley Butcher regarding legislative activity on |
| 7/23/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Corresponded with Betsy Henthorne regarding revisions to summary judgment |
| 7/23/2025 | STEVEN R. ENGLUND | Partner | 0.3 | 475.95 | Exchanged emails with declarant re declaration. |
| 7/24/2025 | BETSY L. HENTHORNE | Partner | 0.3 | 5078.7 | Correspondence re amicus briefs (.2); correspondence re ongoing workstreams (.1). |

| | | | | | |
|---|---|---|---|---|---|
| 7/24/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Corresponded with Betsy Henthorne regarding revisions to brief and steps for |
| 7/24/2025 | STEVEN R. ENGLUND | Partner | 0.8 | 1269.2 | Exchanged emails with declarant team re finalization of declaration. |
| 7/25/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 2000.7 | Correspondence re ongoing workstreams (.2). |
| 7/25/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Reviewed correspondence re summary judgment briefing. |
| 7/25/2025 | SOPHIA W. MONTGOMERY | Associate | 0.4 | 490.2 | Reviewed revisions and correspondence from Zach Schauf and implemented revisions to summary judgment brief. |
| 7/25/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Betsy Henthorne re CASA decision. |
| 7/27/2025 | BETSY L. HENTHORNE | Partner | 0.3 | 1231.2 | Correspondence re case status (.3). |
| 7/27/2025 | MICHELLE A. LI | Associate | 0.3 | 387.6 | Corresponded with B. Henthorne and S. Montgomery re revisions to cover motion and proposed order. |
| 7/28/2025 | BETSY L. HENTHORNE | Partner | 0.9 | 4770.9 | Correspondence re ongoing workstreams (.9) |
| 7/28/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Kara Brandeisky regarding next steps; coordinated with paralegals regarding same. |
| 7/30/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Correspondence re scope of PI. |
| 8/1/2025 | BETSY L. HENTHORNE | Partner | 1.6 | 2462.4 | Correspondence with members re policy implementation issues. |
| 8/1/2025 | ZACHARY C. SCHAUF | Partner | 0.3 | 478.8 | Discussed DOD contract demands with B. Henthorne. |
| 8/3/2025 | BETSY L. HENTHORNE | Partner | 1.1 | 1692.9 | Correspondence with members re policy implementation issues. |
| 8/4/2025 | BETSY L. HENTHORNE | Partner | 1.9 | 2924.1 | Correspondence re policy implementation and injunction compliance (1.6); correspondence re ongoing workstreams (.3). |
| 8/4/2025 | KARA V. BRANDEISKY | Associate | 0.4 | 541.5 | Drafted status update and conferred with B. Henthorne re same. |
| 8/4/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Betsy Henthorne regarding recent DOD actions relating to rate cap policy. |
| 8/4/2025 | ZACHARY C. SCHAUF | Partner | 0.2 | 319.2 | Discussed DOD notices with B. Henthorne. |
| 8/5/2025 | BETSY L. HENTHORNE | Partner | 0.7 | 1077.3 | Correspondence re injunction compliance (.5); correspondence re ongoing workstreams |

| | | | | | |
|---|---|---|---|---|---|
| 8/5/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re reply planning. |
| 8/5/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Attended to correspondence re DOD injunction compliance and advising. |
| 8/5/2025 | KARA V. BRANDEISKY | Associate | 0.3 | 406.13 | Conferred with T. Edwards re proof of service and conferred with B. Henthorne re staffing and moot prep. |
| 8/5/2025 | LINDSAY C. HARRISON | Partner | 0.5 | 1011.75 | Communications with DOD, discussed same with B. Henthorne. |
| 8/5/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Conferred with Betsy Henthorne and associate reply-drafting team regarding next steps and plan for reply. |
| 8/6/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Strategized with B. Henthorne re reply and moot. |
| 8/6/2025 | LINDSAY C. HARRISON | Partner | 0.3 | 607.05 | Emails re DOD implementation of PI. |
| 8/7/2025 | BETSY L. HENTHORNE | Partner | 0.5 | 2924.1 | Correspondence re ongoing workstreams (.1); met with J&B team re reply brief (.4). |
| 8/7/2025 | HILARY R. LEDWELL | Associate | 0.4 | 581.4 | Participated on call with internal team re reply brief. |
| 8/7/2025 | MICHELLE A. LI | Associate | 0.4 | 516.8 | Conferred with B. Henthorne, Z. Schauf et al re reply brief strategy. |
| 8/7/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Discussed government's brief and plan for reply with Betsy Henthorne, Zach Schauf, Michelle Li, Hilary Ledwell, and Logan Wren. |
| 8/9/2025 | ZACHARY C. SCHAUF | Partner | 0.3 | 478.8 | Corresponded with team re reply arguments. |
| 8/11/2025 | BRANTLEY A. BUTCHER | Associate | 0.2 | 176.7 | Discussed research question on remedies with H. Ledwell. |
| 8/11/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 4155.3 | Correspondence re ongoing workstreams (.1). |
| 8/11/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Participated on call with B. Butcher re legal research for reply brief. |
| 8/13/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 3847.5 | Corresponded re policy implementation and ongoing workstreams (.2). |
| 8/13/2025 | HILARY R. LEDWELL | Associate | 0.7 | 1017.45 | Conferred with internal team re legal research and reviewed same. |
| 8/14/2025 | BETSY L. HENTHORNE | Partner | 1.4 | 2154.6 | Corresponded re reply brief. |
| 8/16/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Corresponded re oral argument. |

| Date | Name | Role | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/16/2025 | ZACHARY C. SCHAUF | Partner | 0.2 | 319.2 | Coordinated argument prep. |
| 8/17/2025 | ZACHARY C. SCHAUF | Partner | 0.1 | 159.6 | Coordinated work on argument prep. |
| 8/18/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Corresponded re ongoing workstreams. |
| 8/21/2025 | BETSY L. HENTHORNE | Partner | 0.3 | 461.7 | Corresponded re govt's reply brief. |
| 8/21/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Adam Unikowsky and Zach Schauf regarding Supreme Court stay decision in APHA. |
| 8/22/2025 | BETSY L. HENTHORNE | Partner | 0.7 | 1077.3 | Corresponded re Supreme Court decision. |
| 8/22/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re supplemental briefing. |
| 8/22/2025 | LOGAN C.G. WREN | Associate | 0.2 | 245.1 | Corresponded with Jenner team re court order directing parties to file supplemental submissions on case law update. |
| 8/22/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Coordinated and strategized with associate team regarding supplemental filing on APHA stay decision. |
| 8/24/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Conferred with internal team re supplemental brief. |
| 8/25/2025 | BETSY L. HENTHORNE | Partner | 0.5 | 4001.4 | Corresponded re ongoing workstreams (.2); corresponded re policy implementation and next steps (.3) |
| 8/25/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Conferred with internal team re supplemental brief. |
| 8/26/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 4309.2 | Conferred with Z. Schauf and L. Harrison re injunctive relief (.2) |
| 8/26/2025 | MICHELLE A. LI | Associate | 0.2 | 3100.8 | Analyzed case law re arguments for supplemental brief (2.2); corresponded with H. Ledwell re same (0.2). |
| 8/26/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Reviewed correspondence from H. Ledwell regarding research for supplemental brief and analysis regarding same from Michelle |
| 8/26/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Coordinated with K. Brandeisky and IT regarding moot. |
| 8/27/2025 | BETSY L. HENTHORNE | Partner | 0.5 | 2924.1 | Corresponded re moot and ongoing workstreams (.5). |
| 8/27/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Corresponded with H. Ledwell re revisions to supplemental brief. |
| 8/28/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 2000.7 | Corresponded re oral argument prep (.2). |

| | | | | | |
|---|---|---|---|---|---|
| 8/28/2025 | HILARY R. LEDWELL | Associate | 0.4 | 581.4 | Conferred with internal team re argument preparation and reviewed associated |
| 8/29/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 4001.4 | Corresponded re hearing (.1). |
| 8/29/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Coordinated filing of supplemental brief re APHA. |
| 9/2/2025 | HILARY R. LEDWELL | Associate | 0.1 | 145.35 | Participated on call with M. Li re argument preparation. |
| 9/2/2025 | MICHELLE A. LI | Associate | 0.1 | 129.2 | Conferred with H. Ledwell re oral argument |
| 9/4/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Strategized regarding summary judgment with Zach Schauf and Betsy Henthorne. |
| 9/5/2025 | BETSY L. HENTHORNE | Partner | 0.9 | 1385.1 | Corresponded re hearing (.4); reviewed updated proposed order and correspondence re same (.5). |
| 9/6/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from Zach Schauf and Betsy Henthorne regarding strategy for potential updated proposed order. |
| 9/7/2025 | BETSY L. HENTHORNE | Partner | 0.4 | 615.6 | Corresponded re client and member questions re argument and potential relief. |
| 9/8/2025 | BETSY L. HENTHORNE | Partner | 0.6 | 923.4 | Corresponded re proposed order; corresponded re MSJ hearing. |
| 9/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from co-counsel regarding proposed order. |
| 9/10/2025 | BETSY L. HENTHORNE | Partner | 0.1 | 153.9 | Corresponded re transcript. |
| 9/15/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 307.8 | Corresponded re impact of recent executive actions on litigation. |
| 9/23/2025 | BETSY L. HENTHORNE | Partner | 0.7 | 1077.3 | Corresponded re injunction compliance questions. |
| 12/9/2025 | BETSY L. HENTHORNE | Partner | 0.4 | 615.6 | Corresponded re notice of appeal. |
| 12/10/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 307.8 | Corresponded with AAU member re appeal timeline. |
| 12/16/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 307.8 | Corresponded with AAU member school re relief. |
| 2/6/2026 | BETSY L. HENTHORNE | Partner | 0.2 | 351.5 | Corresponded re dismissal of appeal. |
| 2/10/2026 | BETSY L. HENTHORNE | Partner | 0.2 | 351.5 | Corresponded re government's motion to dismiss. |
| 2/11/2026 | BETSY L. HENTHORNE | Partner | 0.3 | 527.25 | Corresponded re government's motion to dismiss appeal. |
| 2/18/2026 | BETSY L. HENTHORNE | Partner | 0.3 | 527.25 | Corresponded re case dismissal and fee petition. |

**Total**          174.1