# Exhibit D

## Corresponding - Clement & Murphy PLLC Attorneys

| Date | Name | Hours | Narrative |
|---|---|---|---|
| 5/15/2025 | Paul Clement | 0.25 | Exchange emails re initial notice. |
| 5/15/2025 | James Xi | 0.25 | Correspond re DoD notice. |
| 5/23/2025 | Paul Clement | 0.25 | Exchange emails re possible TRO. |
| 5/23/2025 | James Xi | 0.25 | Correspond re TRO motion. |
| 6/13/2025 | Paul Clement | 0.25 | Exchange emails re DoD implementation memo. |
| 6/17/2025 | Paul Clement | 0.5 | Exchange emails re TRO grant and next steps. |
| 6/20/2025 | Paul Clement | 0.25 | Exchange emails re oral argument and schedule for reply brief. |
| 6/21/2025 | Kyle Eiswald | 0.25 | Review correspondence re TRO reply. |
| 6/23/2025 | Paul Clement | 0.25 | Exchange emails re 7/2 hearing. |
| 6/24/2025 | Paul Clement | 0.25 | Exchange emails re DoD brief and PI hearing. |
| 6/25/2025 | Kyle Eiswald | 1.25 | Review correspondence re TRO reply; review same; correspond with J. Xi re same. |
| 6/26/2025 | Paul Clement | 0.25 | Exchange emails re reply brief. |
| 6/29/2025 | James Xi | 0.25 | Correspond with K. Eiswald re moot. |
| 7/1/2025 | Paul Clement | 0.25 | Exchange emails re impact of Casa. |
| 7/1/2025 | James Xi | 0.5 | Exchange emails re CASA. |
| 7/2/2025 | Kyle Eiswald | 0.25 | Review correspondence re TRO hearing. |
| 7/2/2025 | Paul Clement | 0.25 | Exchange emails re PI hearing. |
| 7/3/2025 | Paul Clement | 0.25 | Exchange emails re PI hearing and next steps. |
| 7/6/2025 | Kyle Eiswald | 0.25 | Review correspondence re supplemental memorandum strategy. |
| 7/10/2025 | Paul Clement | 0.25 | Exchange emails re reply to DoD supplemental brief. |
| 7/16/2025 | Kyle Eiswald | 0.25 | Review correspondence re summary-judgment schedule; correspond with A.Britton re same. |
| 7/23/2025 | Kyle Eiswald | 0.25 | Review correspondence re amicus strategy; correspond with J. Xi re summary-judgment brief. |
| 7/28/2025 | Kyle Eiswald | 0.5 | Confer with A. Britton re summary-judgment filing; review correspondence re same. |
| 7/28/2025 | Paul Clement | 0.25 | Exchange emails re summary judgment filing |
| 8/2/2025 | James Xi | 1 | Correspond with K. Eiswald and P. Clement re new DOD grant term language. |
| 8/3/2025 | Paul Clement | 0.25 | Exchange emails re response to DoD notifications |
| 8/4/2025 | Kyle Eiswald | 0.25 | Review correspondence re DOD requests to universities. |
| 8/4/2025 | Paul Clement | 0.25 | Exchange emails re response to DoD notifications |
| 8/5/2025 | Kyle Eiswald | 0.25 | Review correspondence re litigation events. |
| 8/6/2025 | Kyle Eiswald | 0.25 | Review correspondence re summary-judgment proceedings; review district-court filings re same. |
| 8/25/2025 | Kyle Eiswald | 0.25 | Review correspondence re supplemental briefing; correspond with J. Xi and A. Britton re same. |
| 8/25/2025 | James Xi | 0.25 | Correspond with B. Henthorne and K. Eiswald re supplemental brief. |

| | | | |
|---|---|---|---|
| 8/26/2025 | Kyle Eiswald | 0.25 | Correspond with co-counsel and J. Xi re moot; respond to moot invitation. |
| 9/9/2025 | James Xi | 0.75 | Discuss proposed order with K. Eiswald; correspond with B. Henthorne re same. |
| 12/9/2025 | James Xi | 0.25 | Correspond with K. Eiswald re notice of appeal and entries of appearance. |
| 12/18/2025 | Kyle Eiswald | 0.25 | Review correspondence re DOD indirect costs. |
| 1/5/2026 | Kyle Eiswald | 0.25 | Review correspondence re government's proposed abeyance motion. |
| 1/5/2026 | James Xi | 0.5 | Correspond with P. Clement Jenner team and clients re motion to hold appeal in abeyance. |
| 2/6/2026 | Kyle Eiswald | 0.25 | Review correspondence re government's desire to dismiss appeal. |
| 2/6/2026 | James Xi | 0.5 | Correspond with clients re voluntary dismissal. |
| 2/8/2026 | James Xi | 0.25 | Correspond with B. Henthorne re voluntary dismissal and mootness issues. |
| 2/9/2026 | James Xi | 0.25 | Correspond with B. Snyder re voluntary dismissal and mootness. |
| 2/10/2026 | James Xi | 0.25 | Correspond with DOJ re voluntary dismissal. |
| 2/11/2026 | Kyle Eiswald | 0.25 | Review correspondence re case. |
| 2/18/2026 | Kyle Eiswald | 0.25 | Review First Circuit order dismissing appeal; correspond with A. Britton re same; review correspondence between J. Xi and clients re same. |

Total          14.75