# Exhibit E

## Vague Entries - Jenner Block Attorneys

| Date | Name | Title | Hours | Total | Narrative |
|---|---|---|---|---|---|
| 4/17/2025 | ANJALI MOTGI | Partner | 1.6 | 2462.4 | Reviewed and revised M. Marshall's draft DOD declaration template and communicated with M. Marshall and S. Englund re same. |
| 4/17/2025 | BRANTLEY A. BUTCHER | Associate | 2.8 | 2473.8 | Met with Z. Schauf and began researching statutory arguments re indirect cost caps. |
| 4/17/2025 | STEVEN R. ENGLUND | Partner | 3.6 | 5711.4 | Exchanged emails with Jenner team re declarations, DOD legal regime; revised template declaration; call with AAU member and emails re AAU member requirements; reviewed DOD legal authorities; revised preliminary assessment of case. |
| 4/18/2025 | STEVEN R. ENGLUND | Partner | 0.5 | 793.25 | Reviewed emails; tracking participation and status of potential plaintiffs and declarants. |
| 4/21/2025 | LINDSAY C. HARRISON | Partner | 0.5 | 1011.75 | Call with B.Snyder re DOD litigation and current status; reviewed common interest agreement draft. |
| 4/21/2025 | STEVEN R. ENGLUND | Partner | 3.7 | 5870.05 | Numerous emails re possible timing of policy announcement and status of declarations; email to UC re preliminary assessment of case; tracking university participation and status; revised common interest agreement for UMD and UW; reviewed UMD declaration. |
| 4/23/2025 | HILARY R. LEDWELL | Associate | 1.4 | 2034.9 | Drafted TRO brief for DOD litigation and conferred with internal team re same. |

| Date | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|
| 4/23/2025 | MARY E. MARSHALL | Associate | 0.3 | 387.6 | Conferred with Jenner team re drafting complaint and TRO; reviewed draft declarations to support irreparable harm argument. |
| 4/24/2025 | BRANTLEY A. BUTCHER | Associate | 3.4 | 3003.9 | Updated DOD shell complaint; coordinated drafts of the complaint with the team. |
| 4/24/2025 | KARA V. BRANDEISKY | Associate | 2.6 | 3519.75 | Revised complaint and conferred with B. Henthorne re same. |
| 4/25/2025 | HILARY R. LEDWELL | Associate | 0.2 | 290.7 | Reviewed DOE draft reply for incorporation in DOD brief and conferred with internal team re same. |
| 4/25/2025 | SOPHIA W. MONTGOMERY | Associate | 0.5 | 612.75 | Reviewed and analyzed updated pleadings and filings and correspondence among Jenner team regarding same. |
| 4/28/2025 | MARY E. MARSHALL | Associate | 3.5 | 4522 | Revised plaintiff declarations and conferred with B. Henthorne re same. |
| 4/28/2025 | STEVEN R. ENGLUND | Partner | 2 | 3171 | Revised declarations; updated tracker; exchanged emails with Jenner team re association declarations, engagement logistics. |
| 4/29/2025 | STEVEN R. ENGLUND | Partner | 1.9 | 3014.35 | Reviewed emails and tracker; exchanged emails re legal status and representation of potential plaintiff, progress on declarations. |
| 5/1/2025 | STEVEN R. ENGLUND | Partner | 2.4 | 3807.6 | Revised common interest agreement; numerous emails re status of participation, identities and legal status of potential plaintiffs, conflict clearance for plaintiff universities, requirements for representing certain plaintiffs. |
| 5/4/2025 | STEVEN R. ENGLUND | Partner | 1.6 | 2538.4 | Revised declarations; exchanged emails re common interest agreement. |

| | | | | | |
|---|---|---|---|---|---|
| 5/5/2025 | SOPHIA W. MONTGOMERY | Associate | 1.3 | 1593.15 | Reviewed draft brief for deviations from complaint and corresponded with H. Ledwell regarding same. |
| 5/8/2025 | STEVEN R. ENGLUND | Partner | 2 | 3173 | Revised declaration; exchanged emails re common interest agreement. |
| 5/15/2025 | LINDSAY C. HARRISON | Partner | 0.8 | 1618.8 | Reviewed DOD cap memo and emailed with J&B team re strategy. |
| 5/15/2025 | STEVEN R. ENGLUND | Partner | 1.2 | 1903.8 | Revised common interest agreement; reviewed DOD memo; exchanged emails with Jenner team re approach to DOD memo, plaintiff status. |
| 5/21/2025 | SOPHIA W. MONTGOMERY | Associate | 7 | 8578.5 | Revised draft complaint. |
| 5/22/2025 | STEVEN R. ENGLUND | Partner | 2.9 | 4600.85 | Revised declaration; exchanged emails re common interest agreement, status of plaintiffs and declarations, DOD implementation of 15% cap. |
| 5/22/2025 | SOPHIA W. MONTGOMERY | Associate | 5.9 | 7230.45 | Continued revising draft complaint. |
| 5/23/2025 | HILARY R. LEDWELL | Associate | 0.8 | 1162.8 | Conferred with internal team re preparation for DOD suit and reviewed associated materials. |
| 5/26/2025 | SOPHIA W. MONTGOMERY | Associate | 6 | 7353 | Continued reviewing and revising draft complaint, including conducting additional research |
| 6/1/2025 | STEVEN R. ENGLUND | Partner | 1.4 | 2221.1 | Revised declaration; reviewed declaration and various emails re same. |
| 6/2/2025 | SOPHIA W. MONTGOMERY | Associate | 0.9 | 1102.95 | Researched legislative history and strategized re complaint with B. Henthorne. |
| 6/3/2025 | HILARY R. LEDWELL | Associate | 2.6 | 3779.1 | Outlined opening brief and conferred with internal team re same. |
| 6/3/2025 | KARA V. BRANDEISKY | Associate | 0.4 | 541.5 | Reviewed correspondence and coordinated ancillary filings. |

| | | | | | |
|---|---|---|---|---|---|
| 6/3/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Reviewed correspondence from M. Marshall regarding potential factual allegations to add to complaint. |
| 6/4/2025 | HILARY R. LEDWELL | Associate | 2.3 | 3343.05 | Revised brief outline and conferred with internal team re same. |
| 6/4/2025 | KARA V. BRANDEISKY | Associate | 1 | 1353.75 | Coordinated with litigation team and drafted status update. |
| 6/5/2025 | HILARY R. LEDWELL | Associate | 1 | 1453.5 | Revised opening brief and conferred with internal team re same. |
| 6/5/2025 | HILARY R. LEDWELL | Associate | 1 | 1453.5 | Reviewed complaint and conferred with internal team re same. |
| 6/5/2025 | STEVEN R. ENGLUND | Partner | 1.3 | 2062.45 | Reviewed AAU declaration; exchanged emails with Jenner team re same; exchanged emails re engagement letters; exchanged emails with plaintiff school re declaration. |
| 6/5/2025 | LOGAN C.G. WREN | Associate | 5.2 | 6372.6 | Drafted argument sections for TRO brief |
| 6/5/2025 | MICHELLE A. LI | Associate | 7.8 | 10077.6 | Drafted TRO |
| 6/6/2025 | HILARY R. LEDWELL | Associate | 2 | 2907 | Revised brief and conferred with internal team re same. |
| 6/6/2025 | HILARY R. LEDWELL | Associate | 1.4 | 2034.9 | Revised and reviewed complaint and conferred with internal team re same. |
| 6/6/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Drafted and emailed team status update re litigation and ongoing work. |
| 6/6/2025 | STEVEN R. ENGLUND | Partner | 1.3 | 2062.45 | Exchanged emails re finalization of declarations, possible additional plaintiff participation; revised declaration. |
| 6/9/2025 | HILARY R. LEDWELL | Associate | 1 | 1453.5 | Revised brief and conferred with internal team re same. |
| 6/9/2025 | STEVEN R. ENGLUND | Partner | 0.5 | 793.25 | Finalized declaration; exchanged emails with potential declarant school. |

| | | | | | |
|---|---|---|---|---|---|
| 6/10/2025 | SOPHIA W. MONTGOMERY | Associate | 4.8 | 5882.4 | Reviewed and revised draft complaint and PI brief |
| 6/12/2025 | SOPHIA W. MONTGOMERY | Associate | 4.5 | 5514.75 | Conducted additional research and revised complaint. |
| 6/12/2025 | HILARY R. LEDWELL | Associate | 2.9 | 4215.15 | Revised brief and conferred with internal team re same. |
| 6/12/2025 | KARA V. BRANDEISKY | Associate | 2.9 | 3925.88 | Reviewed, proofed, and finalized ancillary filings and conferred with B. Henthorne and S. Englund re same. |
| 6/13/2025 | HILARY R. LEDWELL | Associate | 2.7 | 3924.45 | Revised brief and conferred with internal team re same. |
| 6/13/2025 | SOPHIA W. MONTGOMERY | Associate | 6 | 7353 | Revised complaint, including conducting additional research; strategized with Jenner team; reviewed and analyzed new DOD policy; coordinated next steps with Jenner team. |
| 6/14/2025 | HILARY R. LEDWELL | Associate | 4.2 | 6104.7 | Revised brief and conferred with internal team re same. |
| 6/14/2025 | SOPHIA W. MONTGOMERY | Associate | 0.6 | 735.3 | Revised draft brief and conferred with Jenner team regarding same. |
| 6/14/2025 | ZACHARY C. SCHAUF | Partner | 6.8 | 10852.8 | Edited papers and prepared for filing. |
| 6/15/2-25 | ZACHARY C. SCHAUF | Partner | 8.8 | 14044.8 | Edited papers and prepared for filing. |
| 6/15/2025 | HILARY R. LEDWELL | Associate | 4.8 | 6976.8 | Revised brief and conferred with internal team re same. |
| 6/15/2025 | SOPHIA W. MONTGOMERY | Associate | 8 | 9804 | Revised draft complaint and brief, including incorporating client edits and conducting additional research and strategizing with Jenner team regarding same. |
| 6/16/2025 | HILARY R. LEDWELL | Associate | 4.6 | 6686.1 | Revised brief and conferred with internal team re same. |

| | | | | | |
|---|---|---|---|---|---|
| 6/16/2025 | STEVEN R. ENGLUND | Partner | 2.3 | 3648.95 | Finalized declarations; attempted to obtain additional declaration; exchanged emails with Jenner team re AG group, filing announcement; email to potential declarant re additional declaration. |
| 6/16/2025 | LOGAN C.G. WREN | Associate | 0.7 | 857.85 | Reviewed and edited motions to prepare for filing; corresponded with Jenner team on filing logistics and final review of filings. |
| 6/17/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Reviewed order granting motion for a TRO and conferred with team re same. |
| 6/17/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Reviewed and analyzed rules re local counsel and conferred with B. Henthorne and S. Englund re same. |
| 6/17/2025 | LINDSAY C. HARRISON | Partner | 0.4 | 809.4 | Reviewed TRO order and corresponded re same. |
| 6/17/2025 | LINDSAY C. HARRISON | Partner | 0.2 | 404.7 | Reviewed notice of appearance and corresponded re same with S. Mielke Gentile. |
| 6/24/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 4001.4 | Reviewed government's opposition brief and correspondence re same (1.2) |
| 6/24/2025 | SOPHIA W. MONTGOMERY | Associate | 1 | 1225.5 | Researched and outlined argument for reply brief and conferred with Zach Schauf and Betsy Henthorne regarding same. |
| 6/24/2025 | SOPHIA W. MONTGOMERY | Associate | 4.5 | 5514.75 | Continued outlining, drafting, and revising draft brief section, and strategized with Jenner team regarding same. |
| 6/24/2025 | LOGAN C.G. WREN | Associate | 6.1 | 7475.55 | Drafted sections of reply brief argument |

| | | | | | |
|---|---|---|---|---|---|
| 6/25/2025 | BETSY L. HENTHORNE | Partner | 1 | 9080.1 | Reviewed and edited reply brief and correspondence re same (4.3); reviewed and edited motion for additional pages and correspondence re same (.5) |
| 6/25/2025 | HILARY R. LEDWELL | Associate | 0.7 | 1017.45 | Reviewed opposition and associated correspondence with team. |
| 6/25/2025 | KARA V. BRANDEISKY | Associate | 0.9 | 1218.38 | Coordinated moot prep, drafting of reply brief, and motion for excess pages. |
| 6/25/2025 | BRANTLEY A. BUTCHER | Associate | 4 | 3534 | Finished writing and revising sections of reply brief |
| 6/25/2025 | MICHELLE A. LI | Associate | 6.1 | 7881.2 | Revised reply brief. |
| 6/25/2025 | ZACHARY C. SCHAUF | Partner | 4.2 | 6703.2 | Edited reply brief. |
| 6/26/2025 | BETSY L. HENTHORNE | Partner | 4 | 9080.1 | Reviewed and edited reply brief and correspondence re same (3.7); reviewed and edited motion for excess pages and correspondence re same (.3); |
| 6/26/2025 | LOGAN C.G. WREN | Associate | 0.8 | 980.4 | Analyzed case law for reply brief argument; corresponded with Jenner team re reply brief review. |
| 6/25/2025 | ZACHARY C. SCHAUF | Partner | 3.7 | 5905.2 | Edited reply brief. |
| 6/27/2025 | BETSY L. HENTHORNE | Partner | 4.8 | 7848.9 | Reviewed and edited reply brief and correspondence re same (1.7); reviewed new precedent, drafted summary, and correspondence re effect on case (3.1); |
| 6/27/2025 | HILARY R. LEDWELL | Associate | 0.4 | 581.4 | Reviewed reply brief and attended to correspondence with internal team re same. |
| 6/27/2025 | SOPHIA W. MONTGOMERY | Associate | 2 | 2451 | Reviewed and analyzed new precedent and conferred with Jenner team regarding implications of same on brief. |

| | | | | | |
|---|---|---|---|---|---|
| 6/27/2025 | SOPHIA W. MONTGOMERY | Associate | 1 | 1225.5 | Conferred with Betsy Henthorne regarding new precedent and drafted summary of same for client. |
| 6/28/2025 | LINDSAY C. HARRISON | Partner | 1 | 2023.5 | Continued analysis of relief and emails with team re same. |
| 6/28/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Researched issue for oral argument prep and conferred with Zach Schauf regarding same. |
| 6/30/2025 | KARA V. BRANDEISKY | Associate | 0.4 | 541.5 | Reviewed research re DOD grantees and association members and conferred with S. Gentile Mielke re same. |
| 6/30/2025 | SOPHIA W. MONTGOMERY | Associate | 0.8 | 980.4 | Conducted additional research for supplemental filing and corresponded with Jenner partner team regarding same. |
| 7/1/2025 | KARA V. BRANDEISKY | Associate | 2 | 2707.5 | Compared DOD grantees and association members and conferred with S. Gentile Mielke and B. Henthorne re same. |
| 7/1/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Reviewed revised draft supplemental filing and correspondence with cocounsel regarding same. |
| 7/3/2025 | LINDSAY C. HARRISON | Partner | 1 | 7486.95 | Analyzed relief questions and met with Z. Schauf, B. Henthorne, S. Montgomery re same (1.0); |
| 7/6/2025 | BETSY L. HENTHORNE | Partner | 3 | 4617 | Reviewed and edited supplemental filing and correspondencere same (2.8); |
| 7/6/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Reviewed draft supplemental filing and correspondence re same. |
| 7/6/2025 | SOPHIA W. MONTGOMERY | Associate | 2 | 2451 | Revised draft supplemental filing and conferred with B. Henthorne regarding same. |

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Further revised supplemental filing and strategized with Z. Schauf and B. Henthorne regarding same. |
| 7/7/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 3078 | Reviewed draft supplemental filing and correspondence re same (1.2); |
| 7/8/2025 | BETSY L. HENTHORNE | Partner | 1.3 | 2154.6 | Reviewed supplemental filing and correspondence re same (1.3); |
| 7/8/2025 | LINDSAY C. HARRISON | Partner | 0.7 | 2023.5 | Reviewed final draft of supplemental brief and corresponded with team re same (.7) |
| 7/8/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Revised draft filing per client comments and Jenner team discussion regarding same. |
| 7/9/2025 | BETSY L. HENTHORNE | Partner | 1.3 | 4001.4 | Reviewed and edited supplemental brief and correspondence re same (1.3); |
| 7/10/2025 | BETSY L. HENTHORNE | Partner | 2 | 4309.2 | Reviewed supplemental brief and correspondence re same (2.0) |
| 7/10/2025 | HILARY R. LEDWELL | Associate | 1.6 | 2325.6 | Drafted and revised brief and conferred with internal team re same. |
| 7/10/2025 | LINDSAY C. HARRISON | Partner | 1 | 2023.5 | Reviewed and revised brief re remedies and emailed team re same. |
| 7/11/2025 | BETSY L. HENTHORNE | Partner | 1.5 | 2308.5 | Reviewed response to supplemental brief and correspondence re same. |
| 7/11/2025 | HILARY R. LEDWELL | Associate | 0.5 | 726.75 | Revised brief and conferred with internal team re same. |
| 7/11/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Reviewed revisions from co-counsel, revised draft brief, and coordinated with Kara Brandeisky and Betsy Henthorne regarding next steps for supplemental reply. |

| | | | | | |
|---|---|---|---|---|---|
| 7/14/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Reviewed and analyzed government's supplemental reply memorandum and correspondence among Jenner team regarding same. |
| 7/15/2025 | KARA V. BRANDEISKY | Associate | 1 | 1353.75 | Coordinated staffing and internal deadlines for summary judgment briefing and drafted and sent status update re same. |
| 7/16/2025 | BETSY L. HENTHORNE | Partner | 0.4 | 1846.8 | Reviewed summary judgment outline and correspondence re same (.4); |
| 7/16/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Reviewed references to DOD agreement not to renegotiate rates and emailed B. Henthorne re same. |
| 7/16/2025 | SOPHIA W. MONTGOMERY | Associate | 1 | 1225.5 | Began drafting summary judgment brief; coordinated plan for drafting with Michelle Li and Hilary Ledwell. |
| 7/16/2025 | SOPHIA W. MONTGOMERY | Associate | 4 | 4902 | Researched and drafted summary judgment brief. |
| 7/17/2025 | SOPHIA W. MONTGOMERY | Associate | 3 | 3676.5 | Continued drafting and researching for summary judgment brief. |
| 7/18/2025 | BETSY L. HENTHORNE | Partner | 2.8 | 4617 | Reviewed administrative record and correspondence re same (.3); reviewed PI decision and correspondence re same (2.5); |
| 7/18/2025 | LINDSAY C. HARRISON | Partner | 1 | 2023.5 | Reviewed PI decision and emailed with team re same. |
| 7/18/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Drafted client summary regarding administrative record and corresponded with Betsy Henthorne regarding same. |
| 7/18/2025 | LOGAN C.G. WREN | Associate | 4.4 | 5392.2 | Drafted portions of summary judgment briefing |
| 7/19/2025 | BETSY L. HENTHORNE | Partner | 3 | 4617 | Reviewed prior briefs, edited draft summary judgment brief, and correspondence re same. |

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2025 | MICHELLE A. LI | Associate | 5.7 | 7364.4 | Drafted motion for summary judgment. |
| 7/21/2025 | KARA V. BRANDEISKY | Associate | 2.6 | 3519.75 | Coordinated with AAU, ACE, and APLU to assemble lists of members to comply with court order and conferred with B. Henthorne re same. |
| 7/21/2025 | LOGAN C.G. WREN | Associate | 1.2 | 1470.6 | Drafted jurisdictional portion of summary judgment briefing; corresponded with Jenner team re summary judgment briefing strategy and timeline. |
| 7/21/2025 | STEVEN R. ENGLUND | Partner | 2.1 | 3331.65 | Revised declarations; exchanged emails with declarants, Jenner briefing team re finalization of declarations. |
| 7/22/2025 | BETSY L. HENTHORNE | Partner | 5 | 8464.5 | Reviewed and edited summary judgment brief and correspondence re same (5.0); |
| 7/23/2025 | BETSY L. HENTHORNE | Partner | 1.8 | 3078 | Reviewed and edited summary judgment brief and correspondence re same (1.8); |
| 7/23/2025 | LOGAN C.G. WREN | Associate | 0.4 | 490.2 | Corresponded with Jenner team re motion for summary judgment drafting process; reviewed case law on jurisdictional argument in motion for summary judgment; revised and edited summary judgment motion. |
| 7/24/2025 | BETSY L. HENTHORNE | Partner | 3 | 5078.7 | Reviewed and edited summary judgment brief and correspondence re same (3.0) |
| 7/25/2025 | BETSY L. HENTHORNE | Partner | 1.1 | 2000.7 | Reviewed SJ brief and correspondence re same (1.1); |
| 7/25/2025 | SOPHIA W. MONTGOMERY | Associate | 1.5 | 1838.25 | Further revised draft brief; coordinated with paralegal regarding same; and drafted correspondence to co-counsel regarding revisions. |

| | | | | | |
|---|---|---|---|---|---|
| 7/27/2025 | BETSY L. HENTHORNE | Partner | 0.5 | 1231.2 | Reviewed summary judgment brief and motion and correspondence re same (.5) |
| 7/27/2025 | SOPHIA W. MONTGOMERY | Associate | 0.5 | 612.75 | Revised draft brief per client edits and comments from Betsy Henthorne; reviewed and corresponded with Betsy Henthorne and Michelle Li regarding relief request in proposed order and motion for summary judgment. |
| 7/28/2025 | BETSY L. HENTHORNE | Partner | 2.2 | 4770.9 | reviewed summary judgment brief and correspondence re same (2.2). |
| 7/29/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Reviewed communication from DOD to declarant and conferred with B. Henthorne, L. Harrison, and Z. Schauf re same. |
| 7/30/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Reviewed proof of service requirements and emailed B. Henthorne re same. |
| 8/7/2025 | BETSY L. HENTHORNE | Partner | 1.4 | 2924.1 | Reviewed summary judgment brief and correspondence re same (1.4) |
| 8/7/2025 | LOGAN C.G. WREN | Associate | 1.1 | 1348.05 | Reviewed government's cross motion for summary judgment to prepare reply brief arguments; met with Jenner team to discuss strategy for reply brief. |
| 8/8/2025 | HILARY R. LEDWELL | Associate | 2 | 2907 | Drafted reply brief and conferred with internal team re same. |
| 8/8/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Strategized regarding reply brief and corresponded with associate team regarding same. |
| 8/8/2025 | SOPHIA W. MONTGOMERY | Associate | 3 | 3676.5 | Drafted sections of reply brief. |
| 8/10/2025 | BETSY L. HENTHORNE | Partner | 2.1 | 3231.9 | Reviewed summary judgment reply and correspondence re same. |

| Date | Name | Title | Hours | Amount | Description |
|---|---|---|---|---|---|
| 8/11/2025 | BETSY L. HENTHORNE | Partner | 2.6 | 4155.3 | Reviewed draft summary judgment brief and correspondence re same 2.6 |
| 8/11/2025 | HILARY R. LEDWELL | Associate | 0.8 | 1162.8 | Revised reply brief and conferred with internal team re same. |
| 8/11/2025 | KARA V. BRANDEISKY | Associate | 0.2 | 270.75 | Drafted status update and conferred with B. Henthorne re same. |
| 8/11/2025 | ZACHARY C. SCHAUF | Partner | 4 | 6384 | Edited reply. |
| 8/13/2025 | BRANTLEY A. BUTCHER | Associate | 4 | 3534 | Researched remedy questions and discussed research findings with H. Ledwell, B. Henthorne, and Z. Schauf. |
| 8/13/2025 | BETSY L. HENTHORNE | Partner | 2.3 | 3847.5 | Reviewed reply brief and corresponded re same 2.3 |
| 8/13/2025 | SOPHIA W. MONTGOMERY | Associate | 1.2 | 1470.6 | Revised draft brief and discussed revisions with Betsy Henthorne. |
| 8/14/2025 | HILARY R. LEDWELL | Associate | 0.5 | 726.75 | Revised reply brief and conferred with internal team re same. |
| 8/14/2025 | KARA V. BRANDEISKY | Associate | 0.5 | 676.88 | Coordinated filing of reply in support of motion for summary judgment, summary re same, and moot preparation re same. |
| 8/14/2025 | SOPHIA W. MONTGOMERY | Associate | 2.5 | 3063.75 | Implemented proofing edits; further revised brief section on remedy; conferred with Zach Schauf, Betsy Henthorne, and Hilary Ledwell regarding revisions to brief; drafted summary of reply for client. |
| 8/21/2025 | SOPHIA W. MONTGOMERY | Associate | 0.3 | 367.65 | Reviewed NIH decision, pulled referenced district court orders, and corresponded with Zach Schauf regarding same. |
| 8/25/2025 | BETSY L. HENTHORNE | Partner | 2.1 | 4001.4 | Reviewed supplemental brief and corresponded re same (2.1). |

| | | | | | |
|---|---|---|---|---|---|
| 8/25/2025 | KARA V. BRANDEISKY | Associate | 0.3 | 406.13 | Drafted status update and conferred with B. Henthorne re same. |
| 8/26/2025 | BETSY L. HENTHORNE | Partner | 2.6 | 4309.2 | Reviewed supplemental brief and corresponded re same (2.6). |
| 8/26/2025 | HILARY R. LEDWELL | Associate | 2.4 | 3488.4 | Revised supplemental brief and conferred with internal team re same. |
| 8/27/2025 | BETSY L. HENTHORNE | Partner | 1.4 | 2924.1 | Reviewed supplemental brief and corresponded re same (1.4) |
| 8/27/2025 | HILARY R. LEDWELL | Associate | 1.9 | 2761.65 | Revised supplemental brief and conferred with internal team re same. |
| 8/27/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Researched final agency action and conferred with Jenner team regarding same. |
| 8/28/2025 | BETSY L. HENTHORNE | Partner | 1.1 | 2000.7 | Reviewed supplemental brief and corresponded re same (1.1) |
| 8/28/2025 | HILARY R. LEDWELL | Associate | 1 | 1453.5 | Revised draft brief and conferred with internal team re same. |
| 8/29/2025 | BETSY L. HENTHORNE | Partner | 2.5 | 4001.4 | Reviewed supplemental filings and corresponded re same (2.5) |
| 8/29/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Finalized supplemental brief and conferred with internal team re same. |
| 9/2/2025 | BETSY L. HENTHORNE | Partner | 0.4 | 2924.1 | Prepared for argument and corresponded re same (.4) |
| 9/2/2025 | HILARY R. LEDWELL | Associate | 0.3 | 436.05 | Assisted with moot preparation. |
| 9/3/2025 | BETSY L. HENTHORNE | Partner | 2 | 3078 | Reviewed materials for argument and corresponded re same. |
| 9/5/2025 | LINDSAY C. HARRISON | Partner | 1 | 2023.5 | Reviewed summary of oral argument on summary judgment motions and emailed re: injunctive relief and proposed order. |

| | | | | | |
|---|---|---|---|---|---|
| 9/8/2025 | LINDSAY C. HARRISON | Partner | 0.2 | 404.7 | Reviewed and emailed re proposed order with B. Henthorne, Z. Schauf. |
| 9/9/2025 | BETSY L. HENTHORNE | Partner | 1.2 | 1846.8 | Reviewed proposed order and filing and corresponded re same. |
| 9/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.1 | 122.55 | Revised draft proposed order and corresponded with B. Henthorne regarding same. |
| 9/9/2025 | SOPHIA W. MONTGOMERY | Associate | 0.2 | 245.1 | Further revised draft proposed order and conferred with B. Henthorne and Z. Schauf regarding same. |
| 10/10/2025 | BETSY L. HENTHORNE | Partner | 1.6 | 2462.4 | Reviewed decision and corresponded re same. |
| 12/18/2025 | BETSY L. HENTHORNE | Partner | 0.4 | 615.6 | Reviewed NDAA amendments on indirect costs and corresponded re same. |
| 12/30/2025 | BETSY L. HENTHORNE | Partner | 0.2 | 307.8 | Reviewed notices of appearance in First Circuit and corresponded re same. |

Total          328.4