# Exhibit F

## Vague Entries - Clement & Murphy PLLC Attorneys

| Date | Name | Hours | Narrative |
| --- | --- | --- | --- |
| 6/13/2025 | Kyle Eiswald | 0.5 | Review and save department of defense memorandum; correspond re strategy. |
| 6/14/2025 | Kyle Eiswald | 1 | Review draft complaint; confer with co-counsel re same. |
| 6/14/2025 | Paul Clement | 1.5 | Edit draft complaint; exchange emails re same. |
| 6/15/2025 | Kyle Eiswald | 2 | Review TRO brief; correspond with co-counsel re same. |
| 6/15/2025 | Paul Clement | 3 | Edit TRO motion; exchange emails re same. |
| 6/16/2025 | Kyle Eiswald | 2 | Review correspondence re next steps; review district court filings; confer with E. Yan re same |
| 6/20/2025 | Kyle Eiswald | 0.25 | Review court filings; review correspondence re TRO reply strategy. |
| 6/23/2025 | Kyle Eiswald | 0.5 | Confer with P. Clement J. Xi and R. Barwick re TRO hearing ; review court filings |
| 6/24/2025 | Kyle Eiswald | 2.75 | Review government's TRO opposition; confer with J. Xi re same. |
| 6/25/2025 | James Xi | 2.25 | Review draft PI reply and exchange emails re same. |
| 6/25/2025 | Paul Clement | 2 | Edit reply brief; exchange emails re same. |
| 6/26/2025 | Kyle Eiswald | 0.75 | Review TRO Reply; review motion to file overlgenth reply; correspond with J.Xi re same; review district court order granting motion; respond to moot invite. |
| 6/27/2025 | James Xi | 2 | Review and analyze CASA decision; exchange emails with Jenner team and P. Clement re implications. |
| 6/27/2025 | Paul Clement | 1.5 | Review Trump v. CASA; exchange emails re same; exchange emails re reply brief. |
| 7/7/2025 | Kyle Eiswald | 1.25 | Review supplemental memorandum draft; correspond with J. Xi re same; review correspondence re same; correspond with J. Xi and A. Britton re filing plan. |
| 7/7/2025 | Paul Clement | 1 | Edit supplemental brief; exchange emails re same. |
| 7/9/2025 | Kyle Eiswald | 0.75 | Review correspondence re next steps in litigation; confer with A. Britton re filing; confer with J. Xi re government's supplemental brief. |
| 7/10/2025 | Kyle Eiswald | 0.5 | Review correspondence re supplemental briefs; review supplemental response; correspond with J. Xi re same. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/11/2025 | Kyle Eiswald | 0.5 | Review correspondence re supplemental response filing; confer with A. Britton re filing; review government's supplemental reply. |
| 7/22/2025 | Kyle Eiswald | 0.25 | Review association member lists; review correspondence re same. |
| 7/24/2025 | Kyle Eiswald | 2.5 | Review summary-judgment brief; correspond with J. Xi re same; review correspondence re same. |
| 8/2/2025 | Kyle Eiswald | 1.25 | Review language in DOD award letter re indirect cost rates; confer with J. Xi re same. |
| 8/7/2025 | Kyle Eiswald | 1.25 | Review government's opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment; correspond with J. Xi re same |
| 8/12/2025 | Kyle Eiswald | 2.75 | Review summary-judgment response/reply; correspond with J. Xi and A. Britton re same. |
| 8/13/2025 | Kyle Eiswald | 0.25 | Review draft summary-judgment reply; review correspondence re same. |
| 8/14/2025 | Kyle Eiswald | 0.25 | Correspond with A. Britton re filing; review filed summary-judgment reply |
| 8/21/2025 | Kyle Eiswald | 1.5 | Review government's summary-judgment reply; correspond with J. Xi re same; review related case; correspond with J. Xi re same. |
| 8/21/2025 | James Xi | 1.5 | Review DOJ MSJ reply; review APHA Supreme Court decision and correspond with K. Eiswald re same. |
| 8/22/2025 | Kyle Eiswald | 0.25 | Review related case; review district court order re supplemental briefing; correspond with A. Britton re same; review correspondence re same. |
| 8/22/2025 | Paul Clement | 0.5 | Review APHA decision; exchange emails re same. |
| 8/27/2025 | Kyle Eiswald | 1.5 | Review supplemental brief draft; correspond with J. Xi re same; correspond with A. Britton re filing plan. |
| 8/27/2025 | James Xi | 1 | Review supplemental brief; correspond with P. Clement and K. Eiswald re same. |
| 8/27/2025 | Paul Clement | 1 | Edit supplemental brief; exchange emails re same; review materials re same. |
| 8/29/2025 | Kyle Eiswald | 0.75 | Review supplemental brief; correspond with A. Britton re filing; review government's supplemental brief; correspond with J. Xi re same. |

| | | | |
|---|---|---|---|
| 9/4/2025 | Kyle Eiswald | 1.5 | Read correspondence re summary-judgment hearing; read related case. |
| 9/5/2025 | Kyle Eiswald | 0.25 | Review correspondence and reporting re summary-judgment hearing. |
| 9/8/2025 | Kyle Eiswald | 0.25 | Review correspondence re requested permanent injunction; review proposed order re same. |
| 9/9/2025 | Kyle Eiswald | 1.25 | Review proposed permanent injunction order; correspond with J. Xi re same; review correspondence re same. |
| 10/10/2025 | Kyle Eiswald | 1 | Review summary judgment order; review correspondence re same. |
| 12/9/2025 | Kyle Eiswald | 0.25 | Review government's notice of appeal; correspond with J. Xi re same; review correspondence re same; review court notices. |
| 12/29/2025 | Kyle Eiswald | 0.25 | Draft notices of appearance; correspond with J. Xi re same. |
| 12/30/2025 | Kyle Eiswald | 0.5 | Review notices of appearance; correspond with A. Britton and M. Levin re same; supervise filing of same; review court notices. |
| 2/10/2026 | Kyle Eiswald | 0.25 | Review correspondence re case; review First Circuit notice re same; correspond with J. Xi re same. |

**Total**          48