**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | ) | Case No. 1:25-cv-11740-BEM |

**NOTICE OF APPEAL**

Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Defendants the Department of Defense and Pete Hegseth, in his official capacity as Secretary of the Department of Defense, hereby appeal to the United States Court of Appeals for the First Circuit from the *Memorandum and Order on Association of American Universities's Motion for Attorneys' Fees* dated August 5, 2026, Doc. No. 114.

Dated: October 5, 2026

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

MARC S. SACKS
Deputy Director

By: /s/ *I-Heng Hsu*
BETHANY R. THERIOT (D.C. Bar 1022065)
I-HENG HSU (NY No. 4904033)
ZACHARY C. SEMPLE (D.C. Bar 1778723)
Trial Attorneys
U.S. Department of Justice

Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 616-3619
bethany.theriot@usdoj.gov
i-heng.hsu@usdoj.gov
zachary.c.semple@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 5, 2026

/s/ *I-Heng Hsu*
I-Heng Hsu
Trial Attorney